UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEBORAH LA SCOLA, M.D., | ) |
| Plaintiff, | ) |
| v. | ) No. 4:24-CV-564-JSD |
| SSM MEDICAL GROUP, INC., et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on its review of the record. On August 14, 2025, the Court granted Plaintiff's Motion to Amend the Case Management Order. (ECF No. 46) As part of the Court's Order, it ordered the parties to file a joint memorandum of disputed discovery issues and/or a motion to compel no later than August 21, 2025. On August 21, 2025, Plaintiff filed a Motion to Compel Discovery (ECF No. 47) addressing deficiencies regarding: Plaintiff's First, Second, and Third Requests for Production of Documents directed to Defendant SSM Medical Group, Inc. ("SSM"), a subpoena directed to SSM's non-retained expert witness, Dr. Sameer Siddiqui, and Plaintiff's Notice of Deposition for SSM's Corporate Designee pursuant to Fed. R. Civ. P. 30(b)(6).

On September 4, 2025, Defendants filed their Opposition to Plaintiff's Motion to Compel Discovery. (ECF No. 49) In addition to opposing Plaintiff's Motion to Compel on the merits, Defendants asserted that Plaintiff's counsel did not confer or make reasonable efforts to confer pursuant to E.D.Mo. L.R. 3.04(A). Specifically, Defendants contended that Plaintiff did not confer regarding Plaintiff's Amended Notice of 30(b)(6) Deposition, Plaintiff's subpoena to Dr.

Sameer Siddiqui, Plaintiff's Second Requests for Production, or Plaintiff's Third Request for Production. (ECF No. 49)[1]

To streamline discussions and a potential resolution of these discovery issues, the Court orders the parties to meet and confer pursuant to the requirements of E.D.Mo. L.R. 3.04(A). Thereafter, the parties must file a single, joint memorandum of disputed discovery issues no later than **September 19, 2025**.

Accordingly,

**IT IS HEREBY ORDERED** that. parties shall file a single, joint memorandum of disputed discovery issues no later than **September 19, 2025**. The parties may state therein whether they are also requesting oral argument before the Court.

Dated this 5th day of September, 2025.

_____
JOSEPH S. DUEKER
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants maintain that the parties only conferred regarding Plaintiff's First Request for Production. (ECF No. 49 at 1)