**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| **DEBORAH LA SCOLA, M.D.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:24-cv-00564-JSD** |
| | ) | |
| **SSM MEDICAL GROUP, INC. and ST.** | ) | |
| **LOUIS UNIVERSITY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW AT THE CLOSE OF ALL EVIDENCE

For the reasons filed contemporaneously and incorporated herein in Defendant's Memorandum in Support of Motion for Judgment as a Matter of Law At the Close of All Evidence, Defendant SSM Medical Group, Inc. ("SSM") respectfully submits this motion for judgment as a matter of law under Federal Rule of Civil Procedure 50(a) on the remaining claims before this Court: Plaintiff's sex discrimination, wage discrimination based on sex, and retaliation claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq. ("Title VII") and her claim under the Equal Pay Act ("EPA").

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Erin E. Williams
    Erin E. Williams   #60935MO
    Mallory S. Zoia    #70377MO
    Madeline J. Nebel #75692MO
    7700 Bonhomme Avenue, Suite 650
    St. Louis, MO  63105
    Telephone:  314-802-3935
    Facsimile:  314-802-3936
    Email:   erin.williams@ogletree.com
           mallory.zoia@ogletree.com
           madeline.nebel@ogletree.com

**ATTORNEYS FOR DEFENDANTS**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 26th day of June, 2026, the foregoing was electronically filed with the Court Administrator and service was made through the electronic filing system to:

Kelley F. Farrell         #43027MO
Andrew W. Blackwell   #64736MO
Ellen J. Bruntrager      #73649MO
BLITZ, BARDGETT & DEUTSCH, L.C.
120 S. Central Ave., Suite 1500
St. Louis, MO  63105
Telephone: 314-863-1500
Facsimile: 314-881-4828
Email: kfarrell@bbdlc.com
         ablackwell@bbdlc.com
         ebruntrager@bbdlc.com

**ATTORNEYS FOR PLAINTIFF**

/s/ Erin E. Williams
**ATTORNEY FOR DEFENDANT**

2