# EXHIBIT LIST

**Style:**  **La Scola v. SSM Medical Group, Inc. et al**

**Case No:**  **4:24-cv-00564-JSD**

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
|  | P1 | 1 | 6/17/2026 |  |  | La Scola CV (Current) | 6/17/2026 |
|  | V4 | 1 | 6/17/2026 |  |  | SLU Letter of Intent | 6/17/2026 |
| 116 |  | 1 | 6/17/2026 |  |  | May 15, 2019 SLU Faculty Appointment | 6/17/2026 |
| 119 |  | 1 | 6/17/2026 |  |  | July 30, 2020 Faculty Appointment Renewal | 6/17/2026 |
| 114 |  | 1 | 6/17/2026 |  |  | April 7, 2021 Email from Siddiqui to La Scola | 6/17/2026 |
| 66 |  | 1 | 6/17/2026 |  |  | May 20, 2021 Email from La Scola to Donlan, Schoeck, and Siddiqui | 6/17/202 |
|  | P2 | 1 | 6/17/2026 |  |  | Emails re Offer/Term Sheet (May-June 2021) | 6/17/202 |
|  | Q2 | 1 | 6/17/2026 |  |  | Emails re Contract (May 2021) | 6/17/2026 |
|  | N2 | 1 | 6/17/2026 |  |  | Email re Revised LOI (6/10/21) | 6/17/2026 |
| 74 |  | 1 | 6/17/2026 |  |  | June 10, 2021 Letter of Intent to La Scola from SSM | 6/17/2026 |
| 123 |  | 1 | 6/18/2026 |  |  | May 28, 2021 Email chain between La Scola and Siddiqui | 6/18/2026 |
|  | L2 | 1 | 6/18/2026 |  |  | Plaintiff/Schwoeppe Text Messages | 6/18/2026 |
|  | K2 | 1 | 6/18/2026 |  |  | Email re contract negotiation stall (8/4/21) | 6/18/2026 |
|  | J2 | 1 | 6/18/2026 |  |  | Schoeck email re f/u from 1/27 phone call (1/28/22) | 6/18/2026 |
|  | H2 | 1 | 6/18/2026 |  |  | Emails re Employment Agreement (Jan.-May 2022) | 6/18/2026 |

# EXHIBIT LIST
## Style:
## Case No:

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| | I2 | 1 | 6/18/2026 | | | Email to Pendleton fwd contract discussion (5/12/22) | 6/18/2026 |
| | R9 | 1 | 6/18/2026 | | | Emails re Contract (May 2022) | 6/18/2026 |
| 16 | | 1 | 6/18/2026 | | | April 13, 2022 Email chain between Ketts, Schlansker, and La Scola (La Scola Complaint against Schwoeppe | 6/18/2026 |
| | L8 | 1 | 6/18/2026 | | | Schlansker Email re Follow-Up HR Investigation (5/10/22) | 6/18/2026 |
| | T9 | 1 | 6/18/2026 | | | Emails re Comp Plan (June 2022) | 6/18/2026 |
| 110 | | 1 | 6/18/2026 | | | June 20, 2022 Email from Siddiqui to La Scola with attach Notice of Non-Renewal | 6/18/2026 |
| 121 | | 1 | 6/18/2026 | | | July 28, 2022 Email chain between La Scola and Schoeck | 6/18/2026 |
| 107 | | 1 | 6/18/2026 | | | La Scola SSM Employment Agreement | 6/18/2026 |
| 141 | | 1 | 6/18/2026 | | | July 8, 2022  Email chain between La Scola & Card | 6/18/2026 |
| 12 | | 1 | 6/18/2026 | | | August 2, 2022 Email from Landon to La Scola, Card, and Schwoeppe | 6/18/2026 |
| 58 | | 1 | 6/18/2026 | | | August 3, 2022 Email from La Scola to Schoeck and Pendleton | 6/18/2026 |
| 59 | | 1 | 6/18/2026 | | | August 24, 2022 Email from Schoeck to La Scola and Card and attached Urology Call Pay Agreement | 6/18/2026 |
| 40 | | 1 | 6/18/2026 | | | September 16, 2022 Email from La Scola to Schlansker and Ketts | 6/18/2026 |
| 125 | | 1 | 6/18/2026 | | | La Scola Term Notice | 6/18/2026 |
| | B3 | 1 | 6/18/2026 | | | Employment Agreement Cape Girardeau Urology Associates | 6/18/2026 |

# EXHIBIT LIST
## Style:
## Case No:

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
|  | W3 | 1 | 6/18/2026 |  |  | Deborah La Scola, MD, FACS Resume | 6/18/2026 |
|  | K3 | 1 | 6/18/2026 |  |  | Emails with Siddiqui about Call | 6/18/2026 |
|  | R4 | 1 | 6/18/2026 |  |  | Emails with Siddiqui about Future Pay | 6/18/2026 |
|  | X3 | 1 | 6/18/2026 |  |  | SLU Appointment Letter (May 15, 2019) | 6/18/2026 |
|  | Y3 | 1 | 6/18/2026 |  |  | SLU Appointment Letter (July 30, 2020) | 6/18/2026 |
|  | A4 | 1 | 6/18/2026 |  |  | SLU Workday Payslips | 6/18/2026 |
|  | B4 | 1 | 6/18/2026 |  |  | SLU W2s | 6/18/2026 |
|  | L5 | 1 | 6/18/2026 |  |  | Email re defray tail costs (10/1/19) | 6/18/2026 |
|  | R5 | 1 | 6/18/2026 |  |  | Emails re Separating from Berni | 6/18/2026 |
|  | S5 | 1 | 6/182026 |  |  | Emails re call pay (Nov. 2020) | 6/18/2026 |
| **KS START** | B1 | 1 | 6/18/2026 |  |  | Plaintiff/Schoeck Emails (Feb. 2021) | 6/18/2026 |
|  | R2 | 1 | 6/18/2026 |  |  | Emails re contract discussion (May 2021) | 6/18/2026 |
|  | J1 | 1 | 6/18/2026 |  |  | Siddiqui Text Messages | 6/18/2026 |
|  | I6 | 1 | 6/18/2026 |  |  | First Draft Email to Schoeck re Offer | 6/18/2026 |
|  | J6 | 1 | 6/18/2026 |  |  | Second & Third Draft Emails to Schoeck re Offer | 6/18/2026 |

# EXHIBIT LIST
## Style:
## Case No:

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| | M2 | 1 | 6/18/2026 | | | Schoeck/Plaintiff email re contract (7/9/21) | 6/18/2026 |
| | E3 | 1 | 6/18/2026 | | | Contract draft w/ comments | 6/18/2026 |
| | E2 | 1 | 6/18/2026 | | | Emails re Employment Agreement (May 2022) | 6/18/2026 |
| | F2 | 1 | 6/18/2026 | | | Email re Contract (5/26/22) | 6/18/2026 |
| | F1 | 1 | 6/18/2026 | | | Emails re contract (June 2022) | 6/18/2026 |
| | D10 | 1 | 6/18/2026 | | | June 23 Final Version of Emp Agreement w/ email | 6/18/2026 |
| | E10 | 1 | 6/18/2026 | | | June 24 Signed Agreement from La Scola w/ email | 6/18/2026 |
| | F10 | 1 | 6/18/2026 | | | Schoeck Response re Signed Agreement | 6/18/2026 |
| | V6 | 1 | 6/18/2026 | | | June 15 Non-Renewal Ltr Fwd to Siddiqui | 6/18/2026 |
| | S7 | 1 | 6/18/2026 | | | Urology Call Agreement | 6/18/2026 |
| | U7 | 1 | 6/18/2026 | | | SSM Payslips | 6/18/2026 |
| | V7 | 1 | 6/18/2026 | | | SSM W2s | 6/18/2026 |
| | V1 | 1 | 6/18/2026 | | | Email re erroneous calls (3/12/21) | 6/18/2026 |
| | I9 | 1 | 6/18/2026 | | | RE Voice Mail (4/25/22) | 6/18/2026 |
| | H9 | 1 | 6/18/2026 | | | Email re Cheneen Taylor (4/15/22) | 6/18/2026 |

# EXHIBIT LIST
## Style:
## Case No:

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| | K8 | 1 | 6/18/2026 | | | Card Email re Trish (5/4/22) (page one and two – modified) | 6/18/2026 |
| | X1 | 1 | 6/18/2026 | | | Email re spiders (7/27/22) | 6/18/2026 |
| | U1 | 1 | 6/18/2026 | | | Plaintiff Email re lack of cleaning (8/10/22) | 6/18/2026 |
| | Y1 | 1 | 6/18/2026 | | | Email re 8/30 staffing (Aug. 2022) | 6/18/2026 |
| | G3 | 1 | 6/18/2026 | | | Texts with Landon re Call Schedule | 6/18/2026 |
| | A2 | 1 | 6/18/2026 | | | Landon August 1 Email | 6/18/2026 |
| | I10 | 1 | 6/18/2026 | | | Fwd to Schoeck Landon's August 2 Email | 6/18/2026 |
| | G1 | 1 | 6/18/2026 | | | Emails re Setting August 15 Meeting | 6/18/2026 |
| | M1 | 1 | 6/18/2026 | | | Email re Vendor Policy fwd to Skeeters (Aug. 2022) | 6/18/2026 |
| | D1 | 1 | 6/18/2026 | | | Plaintiff/Esther Wolf Text Messages | 6/18/2026 |
| | N1 | 1 | 6/18/2026 | | | Email re Vendor Policy w/ Esther (Aug. 2022) | 6/18/2026 |
| | G10 | 1 | 6/18/2026 | | | July 19 Email re Ultrasound Probe Breaking | 6/18/2026 |
| | P11 | 1 | 6/18/2026 | | | Email re f/u from 8/15 (9/8/22) | 6/18/2026 |
| | U11 | 1 | 6/18/2026 | | | Email re concerns (9/9/22) | 6/18/2026 |
| | M3 | 1 | 6/18/2026 | | | Plaintiff/Frazier Text Message | 6/18/2026 |

# EXHIBIT LIST
## Style:
## Case No:

| π's Exh | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| . | C3 | 1 | 6/18/2026 | | | Signed Termination Letter | 6/18/2026 |
| **JP START** A4-1 | | 1 | 6/22/2026 | | | SLU Workday Pay slips (PLAINTIFF WRITTEN VERSION) | 6/22/2026 |
| 142 | | 1 | 6/22/2026 | | | Demonstrate Salary (Demonstrate purpose only) | |
| 62 | | 3 | 6/22/2026 | | | February 5, 2019 Email from Siddiqui to Kenney, Schoeck, and Grate | 6/22/2026 |
| 63 | | 3 | 6/22/2026 | | | February 11, 2019 Email from Siddiqui, Schoeck, Grate, Kenney, and Riordan with attached La Scola Letter of Intent | 6/22/2026 |
| 70 | | 3 | 6/22/2026 | | | Academic Affiliation and Services Agreement | 6/22/2026 |
| | W7 | 3 | 6/22/2026 | | | AAA Change Req. | 6/22/2026 |
| 64 | | 3 | 6/22/2026 | | | May 7, 2019 Email from Siddiqui to Grate and Schoeck | 6/22/2026 |
| 115 | | 3 | 6/22/2026 | | | June 2, 2019 Email from Siddiqui to Grate and Schoeck | 6/22/2026 |
| 4 | | 3 | 6/22/2026 | | | Landon CV | 6/22/2026 |
| 5 | | 3 | 6/22/2026 | | | Landon March 1, 2020 Employment Agreement | 6/22/2026 |
| 6 | | 3 | 6/22/2026 | | | Landon First Amended Employment Agreement | 6/22/2026 |
| 7 | | 3 | 6/22/2026 | | | Landon Second Amended Employment Agreement | 6/22/2026 |
| | S12 | 3 | 6/22/2026 | | | Employment Agreement - Kevin Enger | 6/22/2026 |
| | U12 | 3 | 6/22/2026 | X | OVERRULED | Doshi 2020 Contract | 6/22/2026 |
| | Q12 | 3 | 6/22/2026 | X | OVERRULED | Heller 2020 Contract and 2022 Amendment | 6/22/2026 |

# EXHIBIT LIST
## Style:
## Case No:

| π's Exh | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 126 | | 3 | 6/22/2026 | | | SSM EEO Policy | 6/22/2026 |
| 127 | | 3 | 6/22/2026 | | | SSM Sexual and Other Harassment Policy | 6/22/2026 |
| 118 | | 3 | 6/22/2026 | | | April 28, 2021 Email from La Scola to Donlan, Siddiqui, and Schoeck | 6/22/2026 |
| 136 | | 3 | 6/22/2026 | | | May 14 2021 Second Email Response | 6/22/2026 |
| 67 | | 3 | 6/22/2026 | | | June 7, 2021 Email chain between Schoeck, Donlan, and Siddiqui | 6/22/2026 |
| 128 | | 3 | 6/22/2026 | | | December 14, 2021 calendar invite from Donlan to Barton, Capers, Garrison, Grate, Pratt, Schoeck, and Mowry with attached presentation | 6/22/2026 |
| 120 | | 3 | 6/22/2026 | | | May 12, 2022 Email chain between La Scola. Pendleton, and Schoeck | 6/22/2026 |
| 124 | | 3 | 6/22/2026 | | | May 2, 2022 Email chain between Siddiqui, Riordan, and Schoeck | 6/22/2026 |
| 51 | | 3 | 6/22/2026 | | | May 10, 2022 Email chain between Schoeck and Pendleton | 6/22/2026 |
| 68 | | 3 | 6/22/2026 | | | June 8, 2022 Email from Siddiqui to Donlan with attached Summary of Urology Strategy Discussion | 6/22/2026 |
| 54 | | 3 | 6/22/2026 | | | June 20, 2022 Email chain between Pendleton, Schoeck, La Scola, and Reider | 6/22/2026 |
| 55 | | 3 | 6/22/2026 | | | June 23, 2022 Email chain between Schoeck, La Scola. Vollman, and Pendleton | 6/22/2026 |
| 19 | | 3 | 6/22/2026 | | | April 11, 2022 Email from Schlansker to Schoeck re: La Scola Complaint against Schwoeppe | 6/22/2026 |
| 41 | | 3 | 6/22/2026 | | | April 12, 2022 calendar invite for meeting to discuss La Scola concerns | 6/22/2026 |
| 76 | | 3 | 6/22/2026 | | | May 9, 2022 Email chain between Card, Schlansker, Schoeck and Ketts | 6/22/2026 |

# EXHIBIT LIST
## Style:
## Case No:

| π's Exh | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 10 | | 3 | 6/22/2026 | | | Physician Citizenship Document | 6/22/2026 |
| 57 | | 3 | 6/22/2026 | | | August 3, 2022 Email chain between Pendleton, Schoeck, Whelan, and Vollman | 6/22/2026 |
| 29 | | 3 | 6/22/2026 | | | August 3, 2022 Email chain between Schoeck, Card, Schwoeppe, and Ketts | 6/22/2026 |
| 46 | | 3 | 6/22/2026 | | | August 6, 2022 Email from Schlansker to Pendleton, Skeeters, and Schoeck | 6/22/2026 |
| 72 | | 3 | 6/22/2026 | | | August 3, 2022 Email from La Scola to Schoeck, Pendleton, and Vollman | 6/22/2026 |
| 96 | | 3 | 6/22/2026 | | | Email from Skeeters to Vollman and Schoeck with attached Service Line Update GI Urology PowerPoint | 6/22/2026 |
| 60 | | 3 | 6/22/2026 | | | August 26, 2022 Email chain between Schoeck, Pendleton, Vollman, Skeeters, and Wangard | 6/22/2026 |
| 50 | | 3 | 6/22/2026 | | | September 2, 2022 Email from Card to Schlansker and Schoeck (Card Hostile Work Environment Complaint) | 6/22/2026 |
| 35 | | 3 | 6/22/2026 | | | September 9, 2022 Email chain between Schlansker, Schoeck, and Ketts | 6/22/2026 |
| 143 | | 3 | | | | Salary-Identifying purpose only (Demonstrate purpose only) | |
| 138 | | 3 | 6/22/2026 | | | September 23, 2022 Email | 6/22/2026 |
| | E8 | 3 | 6/22/2026 | | | Business Need Justification for Landon Compensation | 6/22/2026 |
| | E6 | 3 | 6/22/2026 | | | Emails re: contract (Apr.-May 2021) | 6/22/2026 |
| | S10 | 3 | 6/23/2026 | | | Emails re Excluding HR from August 15 Meeting | 6/23/2026 |
| | T10 | 3 | 6/23/2026 | | | Card Text to Schoeck re Needing Time Off | 6/23/2026 |

# EXHIBIT LIST
## Style:
## Case No:

| π's Exh | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
|  | X7 | 3 | 6/23/2026 |  |  | Notes from August 15 Meeting | 6/23/2026 |
|  | W11 | 3 | 6/23/2026 |  |  | Add'l Context SJ-LSL (Sept. 14, 2022) | 6/23/2026 |
|  | Y8 | 3 | 6/23/2026 |  |  | Investigation Summary Report - September 2022 | 6/23/2026 |
|  | E12 | 3 | 6/23/2026 |  |  | Email re termination coverage plan (9/19/22) | 6/23/2026 |
|  | G12 | 3 | 6/23/2026 |  |  | Email re timeline (9/21/22) | 6/23/2026 |
|  | Z7 | 3 | 6/23/2026 |  |  | wRVU Reports |  |
| 144 |  | 4 | 6/23/2026 |  |  | Def Notes re Wangard Demonstrate re Landon Complaint |  |
|  | S13 | 4 | 6/23/2026 |  |  | Plt Notes re Wangard Demonstrate re Landon Complaint |  |
| 21 |  | 5 | 6/23/2026 |  |  | April 13, 2022 Email chain between Ketts to Card | 6/23/2026 |
| 23 |  | 5 | 6/23/2026 |  |  | Cultural Assessment Summary, April 2022 | 6/23/2026 |
| 17 |  | 5 | 6/23/2026 |  |  | Ketts Handwritten Notes | 6/23/2026 |
| 30 |  | 5 | 6/23/2026 |  |  | September 2, 2022 email from Ketts to Schlansker with attachments | 6/23/2026 |
| 22 |  | 5 | 6/23/2026 |  |  | Ketts typed notes | 6/23/2026 |
| 1 |  | 5 | 6/23/2026 |  |  | 9/14/22 Email from Ketts to Schlansker | 6/23/2026 |
| 20 |  | 6 | 6/23/2026 |  |  | April 12, 2022 Email from Schlansker to Ensrude re: La Scola Complaint against Schwoeppe | 6/23/2026 |
| 28 |  | 6 | 6/23/2026 |  |  | August 8, 2022 Email From Pendleton to Schlansker. Skeeters, and Schoeck | 6/23/2026 |

# EXHIBIT LIST
## Style:
## Case No:

| π's Exh | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
|  | J11 | 6 | 6/23/2026 |  |  | Email - Follow-up-HR Investigation | 6/23/2023 |
|  | C10 | 6 | 6/23/2026 |  |  | Emails re start date (June 2022) | 6/23/2026 |
|  | L11 | 6 | 6/23/2026 |  |  | Emails following Card Hostile Work Environment Complaint | 6/23/2026 |
|  | Z12 | 6 | 6/23/2026 |  |  | Vision Statement | 6/23/2026 |
|  | U8 | 6 | 6/23/2026 |  |  | Dr. La Scola Hostile Work Environment Complaint | 6/23/2026 |
|  | C12 | 6 | 6/23/2026 |  |  | Plaintiff to Schlansker & Ketts re Meeting (Sept 16, 2022) | 6/23/2026 |
|  | D12 | 1 | 6/18/2026 |  |  | Plaintiff to Schlansker & Ketts re Meeting (Sept 16, 2022) | 6/18/2026 |
|  | Y8 | 6 | 6/23/2026 | Obj | Sust | Investigation Summary Report- September 2022 |  |
|  | F3 | 1 | 6/18/2026 |  |  | SSM Letter of Intent to Offer Employment (June 10, 2021) | 6/18/2026 |
|  | X6 | 1 | 6/18/2026 |  |  | June 20 Non-Renewal Ltr | 6/18/2026 |
|  | B2 | 1 | 6/18/2026 |  |  | Emails re Call Pay Agreement (July 2022) | 6/18/2026 |
|  | W10 | 1 | 6/18/2026 |  |  | Schoeck Email Aug 24 Urology Call Agmt | 6/18/2026 |
|  | L10 | 1 | 6/18/2026 |  |  | Plaintiff August 3 Email about Landon | 6/18/2026 |
|  | C12 | 1 | 6/18/2026 |  |  | Plaintiff to Schlansker & Ketts re Meeting (Sept 16, 2022) | 6/18/2026 |
| 43 |  | 6 | 6/24/2026 |  |  | May 20, 2022 Email chain between Ketts, Tennant, Schlansker, Card, Schoeck, and Ensrude | 6/24/2026 |

# EXHIBIT LIST
## Style:
## Case No:

| π's Exh | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 48 | | 6 | 6/24/2026 | | | September 2, 2022, Email from Schlansker to Card | 6/24/2026 |
| 49 | | 6 | 6/24/2026 | | | September 2, 2022, email from Card to Schlansker | 6/24/2026 |
| | G11 | 6 | 6/24/2026 | | | Schlansker Investigation Summary Email (Sept 2, 2022) | 6/24/2026 |
| | H11 | 6 | 6/24/2026 | | | Cultural Assessment Summary Report (April 2022) | 6/24/2026 |
| 145 | | 6 | 6/24/2026 | | | Timeline re Schlansker (Demonstrate purpose only) | 6/24/2026 |
| 146 | | 7 | 6/24/2026 | Obj | Sust | Emails b/w Defense Counsel and Siddiqui | |
| | R6 | 7 | 6/24/2026 | | | Emails May 2, 2022, w/ Schoeck, Riordan | 6/24/2026 |
| | N5 | 7 | 6/24/2026 | | | Email Jan 30, 2020, from Schoeck | 6/24/2026 |
| 112 | | 7 | 6/24/2026 | | | April 6, 2021, La Scola email to Siddiqui | 6/24/2026 |
| | Y4 | 7 | 6/24/2026 | | | Emails April 4, 2019, Backup at LSL | 6/24/2026 |
| | U6 | 7 | 6/24/2026 | | | June 9, 2022, Plan to Send Non-Renewal Letter | |
| 111 | | 7 | 6/24/2026 | | | June 21, 2022, Email from Siddiqui to Skeeters | 6/24/2026 |
| | M5 | 7 | 6/24/2026 | | | Email Dec 7, 2019, Landon Privileges at SLUH | 6/24/2026 |
| | O6 | 7 | 6/24/2026 | Obj | Sust | Email Riordan to Plaintiff re Questions | |
| | P6 | 7 | 6/24/2026 | | | Emails re employment transition | 6/24/2026 |
| | Z6 | 7 | 6/24/2026 | | | SLU Resignation Email (June 24, 2022) | |

# EXHIBIT LIST
## Style:
## Case No:

| π's Exh | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
|  | U3 | 7 | 6/24/2026 |  |  | SLU EEO & Affirmative Action Policy | 6/24/2026 |
|  | Y11 | 8 | 6/24/2026 | Obj | Sust | Landon Response to Inquiry Letter |  |
| 147 |  | 8 | 6/25/2026 |  |  | Call Schedule | 6/24/2026 |
| 52 |  | 9 | 6/25/2026 |  |  | May 12, 2022 Email from La Scola to Pendleton | 6/25/2026 |
| 85 |  | 9 | 6/25/2026 |  |  | June 1, 2022 Email chain between Reider and Pendleton | 6/25/2026 |
| 86 |  | 9 | 6/25/2026 |  |  | June 3, 2022 Email chain between Pendleton and Reider with attached Urology Specific SSMMG Comp Plan | 6/25/2026 |
| 87 |  | 9 | 6/25/2026 |  |  | June 4, 2022 Email chain between Reider and Pendleton | 6/25/2026 |
| 89 |  | 9 | 6/25/2026 |  |  | June 20 Email from Pendleton to Schoeck, Reider, Vollman, and Skeeters | 6/25/2026 |
|  | Z9 | 9 | 6/25/2026 |  |  | Email re contract (6/20/22) | 6/25/2026 |
|  | V9 | 9 | 6/25/2026 |  |  | Email w/ Smoot (6/17/22) | 6/25/2026 |
|  | N10 | 9 | 6/25/2026 |  |  | Email re Landon (8/3/22) | 6/25/2026 |
|  | C11 | 12 | 6/25/2026 | X | O/R | FW: Uro Workload Update | 6/25/2026 |
|  | U8 | 12 | 6/25/2026 | X | Sust | Dr. La Scola Hostile Work Environment Complaint |  |
|  | O8 | 12 | 6/25/2026 |  |  | Motion for judgment of as a matter of law was made at close of all evidence. Motion is overruled. | 6/25/2026 |
|  |  |  |  |  |  |  |  |