UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DEBORAH LA SCOLA M.D.,                    )
                                          )
    Plaintiff(s),                         )
                                          )
    v.                                    )          No. 4:24-CV-00564-JSD
                                          )
SSM MEDICAL GROUP, INC., et al.,          )
                                          )
    Defendant(s).                         )
                                          )

## JUDGMENT IN A CIVIL CASE

☒    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒    **Directed Verdict.**  This action came before the Court for a trial by jury, the Court having sustained defendant Saint Louis University's motion for judgment as a matter of law at the close of plaintiff's case as to Count IV under the Equal Pay Act.

☐    **Decision by Verdict.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** as follows:

The Court entered summary judgment in favor of Defendant Saint Louis University on Plaintiff's Title VII claims for sex discrimination, hostile work environment based on sex, and retaliation in Counts I, II, and III.

The Court entered summary judgment in favor of Defendant SSM Medical Group, Inc. on Plaintiff's claim for hostile work environment based on sex under Title VII in Count II.

The Court entered a directed verdict at the close of Plaintiff's evidence in favor of Defendant Saint Louis University on Plaintiff's Equal Pay Act claim in Count IV.

The jury found in favor of Defendant SSM Medical Group, Inc. on Plaintiff's sex discrimination (wage[1] and termination) claim under Title VII in Count I and under the Equal Pay Act in Count IV.

The jury found in favor of Plaintiff on her claim for retaliation claim under Title VII in Count III. The jury awarded damages in favor of Plaintiff and against SSM Medical Group, Inc. in the amount of $793,000.00 for lost wages, $285,500.00 for other damages excluding lost wages and benefits, and $5,750,000.00 for punitive damages.

---

[1] The Court permitted Plaintiff to amend her claim in Count I to conform to the evidence to allow a claim for wage discrimination in addition to her originally pleaded termination discrimination claim under Title VII. *See* Fed. R. Civ. P. 15(b).

-2-

June 26, 2026                          *Nathan M. Graves*                    /
Date                                    Clerk of Court


                               By:   /s/ Jacqueline Parker              /
                                     JACQUELINE PARKER
                                     Deputy Clerk