**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| DEBORAH LA SCOLA, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:24-cv-00564-JSD |
| | ) |
| SSM MEDICAL GROUP, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION FOR BILL OF COSTS

COMES NOW Plaintiff Debroah La Scola, M.D., by and through her undersigned counsel, pursuant to E.D.Mo. L.R. 8.03 and Fed.R.Civ.P. 54, hereby moves this Court for her costs.

1. On June 26, 2026, the Court entered its Judgment in Civil Case in favor of Plaintiff. [ECF 163][1].

2. The costs specified and detailed in the attached verified Bill of Costs, **Exhibit A**, were all reasonably necessary to pursue the present litigation of this matter.

WHEREFORE, Plaintiff respectfully requests that this Court grant her Motion for Bill of Costs in the amount of $27,275.32, order that said amount be assessed against Defendant SSM Medical Group, as a part of this Court's judgment, and for such other and further relief as this Court deems just and proper under the circumstances.

---

[1] The Clerk's Judgment in favor of Plaintiff was filed on June 26, 2026, but was not entered in the CM-ECF System until June 29, 2026 at 2:01 PM CDT, and transmitted to the parties.

1

Date: July 20, 2025                    Respectfully submitted,


                                       **BLITZ, BARDGETT & DEUTSCH, L.C.**

                                       */s/ Andrew W. Blackwell*
                                       Kelley F. Farrell, #43027
                                       Andrew W. Blackwell, #64734
                                       Ellen J. Bruntrager, #73649
                                       120 S. Central Avenue, Ste. 1500
                                       St. Louis, MO 63105
                                       Phone:  314-863-1500
                                       kfarrell@bbdlc.com
                                       ablackwell@bbdlc.com
                                       ebruntrager@bbdlc.com

                                       ***Attorneys for Plaintiff Deborah La Scola, M.D.***

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 20th day of July 2026 counsel for Plaintiff served the foregoing on Defendants' counsel of record and the Court via the Court's electronic filing system.

/s/ Andrew Blackwell