**Witness Fees Itemization**

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Expenses/Miles | Total Cost | |
| Julie Ketts, Foristell, Missouri | 1 | $40 | N/A | N/A | 47.24 | $17.77 | $56.77 |
| Thomas Landon, Lake St. Louis, Missouri | 1 | $40 | N/A | N/A | 49.5 | $17.57 | $57.57 |
| Sameer Siddiqui, St. Louis, Missouri | 1 | $40 | N/A | N/A | 4.36 | $21.23 | $41.23 |
| Michelle Moehlman, St. Charles, Missouri | 1 | $40 | N/A | N/A | 23.57 | $8.37 | $48.37 |
| Angela Schlansker, St. Louis, Missouri | 1 | $40 | N/A | N/A | 12.42 | $4.41 | $44.41 |
| Corrie Schwoeppe, Warrenton, Missouri | 1 | $40 | N/A | N/A | 63.09 | $22.40 | $62.40 |
| Robert Pendleton, St. Louis, Missouri | 1 | $40 | N/A | N/A | 9.8 | $3.49 | $43.49 |
| Bridget Card, Troy, Missouri | 1 | $40 | N/A | N/A | 115.83 | $41.23 | $81.12 |
| Lorraine Bruesch, Chesterfield, Missouri | 1 | $40 | N/A | N/A | 58.62 | $21.81 | $60.81 |
| | | | | | | TOTAL | $496.17 |

**Fees for Service of Summons and Subpoena Itemization**

| Description | Total Cost |
|---|---|
| Service of Summons of Complaint | $250.00 |
| Service of Trial Subpoenas on Ketts, Siddiqui, and Landon | $1,176.00 |
| Service of Trial Subpoenas on Moehlman, Schwoeppe, and Schlansker | $1,407.00 |
| Service of Trial Subpoena on Card | $832.00 |
| Service of Trial Subpoena on Pendleton | $528.00 |
| TOTAL | $4,193.00 |

**EXHIBIT 1**

**Fees for Printed or Electronically Recorded Transcripts Itemization**

| Description | Total Cost |
|---|---|
| Deposition of Michelle Moehlman | $774.60 |
| Deposition of Thomas Landon | $2,428.40 |
| Deposition of Julie Ketts | $2,008.35 |
| Deposition of Deborah La Scola | $1,592.10 |
| Deposition of Robert Pendleton | $1,944.75 |
| Deposition of Angela Schlansker | $1,402.00 |
| Deposition of Corrie Schwoeppe | $1,955.10 |
| Deposition of Stormy Anderson | $1,333.20 |
| Deposition of Bridget Card | $2,151.10 |
| Deposition of Steve Schoeck | $2,511.30 |
| Deposition of Sameer Siddiqui | $2,781.50 |
| Deposition of Stormy Anderson, Vol. II | $493.85 |
| Deposition of Christopher Wangard | $804.90 |
| **TOTAL** | **$22,181.15** |

## Veritext, LLC - Midwest Region

Tel. 800-878-6750 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Andrew W. Blackwell | Invoice #: | 8336693 |
| --- | --- | --- | --- |
| | Blitz Bardgett & Deutsch LC | Invoice Date: | 5/21/2025 |
| | 120 S Central Ave | Balance Due: | $774.60 |
| | Suite 1500 | | |
| | St. Louis, MO, 63105 | | |

| Case: La Scola, MD, Deborah v. SSM Medical Group, Inc.  (4:24CV00564) | Proceeding Type: Depositions |
| --- | --- |

Job #: 7335849  |  Job Date: 5/7/2025  |  Delivery: Normal

| Location: | St. Louis, MO |
| --- | --- |
| Billing Atty: | Andrew W. Blackwell |
| Scheduling Atty: | Andrew W. Blackwell | Blitz Bardgett & Deutsch LC |

| Witness: Michelle Moehlman | Amount |
| --- | --- |
| Transcript Services | $536.75 |
| Professional Attendance | $120.00 |
| Exhibits | $3.85 |
| Logistics, Processing & Electronic Files | $65.00 |
| Smart Summary - Under 100 Transcript Pages | $49.00 |

| Notes: | Invoice Total: | $774.60 |
| --- | --- | --- |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $774.60 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Remit to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

| Invoice #: | 8336693 |
| --- | --- |
| Invoice Date: | 5/21/2025 |
| Balance Due: | $774.60 |

38844

## Pohlman, A Veritext Company

Tel. 877-421-0099 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



**VERITEXT**
LEGAL SOLUTIONS

| Bill To: | Kelley F. Farrell Esq | | |
|---|---|---|---|
| | Blitz Bardgett & Deutsch LC | | |
| | 120 S Central Ave | | |
| | Suite 1500 | | |
| | St. Louis, MO, 63105 | | |

| | |
|---|---|
| Invoice #: | 8431621 |
| Invoice Date: | 6/26/2025 |
| Balance Due: | $2,428.40 |

| Case: La Scola, M.D., Deborah v. SSM Medical Group, Inc., Et Al. (4:24cv00564) | Proceeding Type: Depositions |
|---|---|

Job #: 7342687   |   Job Date: 6/11/2025   |   Delivery: Normal

Location:           St. Louis, MO

Billing Atty:      Kelley F. Farrell Esq

Scheduling Atty:   Andrew W. Blackwell | Blitz Bardgett & Deutsch LC

| Witness: Thomas Landon, M.D. | Amount |
|---|---|
| Transcript Services | $1,887.00 |
| Professional Attendance | $450.00 |
| Exhibits | $26.40 |
| Logistics, Processing & Electronic Files | $65.00 |

| Notes: | Invoice Total: | $2,428.40 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $2,428.40 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
A/C Name:Veritext
Bank Name:BMO Harris Bank
Account No:4353454 ABA:071000288
Swift: HATRUS44

Pay by Credit Card: www.veritext.com

Invoice #:  8431621

Invoice Date:  6/26/2025

Balance Due:  $2,428.40

38844

## Veritext, LLC - Midwest Region

Tel. 800-878-6750 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Andrew W. Blackwell | Invoice #: | 8434796 |
|---|---|---|---|
| | Blitz Bardgett & Deutsch LC | Invoice Date: | 6/27/2025 |
| | 120 S Central Ave | Balance Due: | $2,008.35 |
| | Suite 1500 | | |
| | St. Louis, MO, 63105 | | |

**Case: La Scola, M.D., Deborah v. SSM Medical Group, Inc., et al. (4:24CV00564)**  **Proceeding Type: Depositions**

Job #: 7368574  |  Job Date: 6/13/2025  |  Delivery: Normal

| Location: | St. Louis, MO |
|---|---|
| Billing Atty: | Andrew W. Blackwell |
| Scheduling Atty: | Andrew W. Blackwell | Blitz Bardgett & Deutsch LC |

| Witness: Julie Ketts | Amount |
|---|---|
| Transcript Services | $1,349.00 |
| Professional Attendance | $420.00 |
| Exhibits | $75.35 |
| Logistics, Processing & Electronic Files | $65.00 |
| Smart Summary - Over 100 Transcript Pages | $99.00 |

| Notes: | | Invoice Total: | $2,008.35 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $2,008.35 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Remit to: | Pay By ACH (Include invoice numbers): | Invoice #: 8434796 |
|---|---|---|
| Veritext | A/C Name:Veritext | Invoice Date: 6/27/2025 |
| P.O. Box 71303 | Bank Name:BMO Harris Bank | Balance Due: $2,008.35 |
| Chicago IL 60694-1303 | Account No:4353454 ABA:071000288 | |
| Fed. Tax ID: 20-3132569 | Swift: HATRUS44 | |
| | Pay by Credit Card: www.veritext.com | |

8844



# INVOICE
1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 244289 | 3/20/2025 | 180250 |

| Job Date | Case No. |
|---|---|
| 2/28/2025 | 424CV00564 |

| Case Name |
|---|
| Deborah La Scola MD v SSM Medical Group Inc et al |

| Payment Terms |
|---|
| Due upon receipt |

Kelley F Farrell
Blitz Bardgett & Deutsch LC
Suite 1500
120 South Central Avenue
Saint Louis, MO 63105

1 CERTIFIED COPY OF TRANSCRIPT OF:
Deborah La Scola MD

1,592.10

Location of Job    : Ogletree Deakins Nash Smoak & Stewart PC
Suite 650
7700 Bonhomme Avenue
Saint Louis, MO 63105

**TOTAL DUE   >>>**            **$1,592.10**

California Firm Registration #179 Our remit to address has changed, please update your records at your earliest convenience. Send all future payments to the new lockbox address below. We have also listed new Banking Instructions for Wire and ACH payments.

Online credit card payments can be made at www.lexitaslegal.com/pay-invoice
Wire Transfer details:
Account Number: 312068692
Routing Number: 021000021
Swift Code: CHASUS33
New York, New York
All remittance advices should be sent to remittance@lexitaslegal.com

ACH Transaction details:
Account Number: 312068692
Routing Number: 111000614
All remittance advices should be sent to remittance@lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Kelley F Farrell
Blitz Bardgett & Deutsch LC
Suite 1500
120 South Central Avenue
Saint Louis, MO 63105

| | |
|---|---|
| Invoice No. | : 244289 |
| Invoice Date | : 3/20/2025 |
| **Total Due** | **: $1,615.98** |

Remit To: **Lexitas**
**PO Box 734298**
**Dept. 2023**
**Dallas, TX 75373-4298**

| | |
|---|---|
| Job No. | : 180250 |
| BU ID | : STL |
| Case No. | : 424CV00564 |
| Case Name | : Deborah La Scola MD v SSM Medical Group Inc et al |

# INVOICE

1 of 1



## HARTFORD
### REPORTING & TECHNOLOGY

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 9192 | 8/11/2025 | 2488 |

| Job Date | Case No. |
|---|---|
| 7/17/2025 | 4:24-CV-00564 |

| Case Name |
|---|
| Deborah La Scola, M.D. vs. SSM Medical Group, Inc., et al. |

| Payment Terms |
|---|
| Net 30 |

Andrew W. Blackwell
Blitz, Bardgett, & Deutsch, L.C.
120 South Central Avenue, Suite 1500
St. Louis, MO 63105

Dr. Robert Pendleton

| | | | | |
|---|---|---|---|---|
| Original (Medical/Expert/Video) | 301.00  Pages | @ | 5.200 | 1,565.20 |
| Reporter Attendance | 7.00 | @ | 50.000 | 350.00 |
| Exhibits Scanning to PDF/OCR | 197.00  Pages | @ | 0.150 | 29.55 |
| | **TOTAL DUE  >>>** | | | **$1,944.75** |

Location of Job   : Being Held Remotely - Zoom Credentials Below

A credit card convenience fee of 3% will be applied to all credit card transactions.

**Tax ID:** 26-1915924

*Please detach bottom portion and return with payment.*

Andrew W. Blackwell
Blitz, Bardgett, & Deutsch, L.C.
120 South Central Avenue, Suite 1500
St. Louis, MO 63105

| | |
|---|---|
| Invoice No. | : 9192 |
| Invoice Date | : 8/11/2025 |
| **Total Due** | **: $1,944.75** |

Remit To: **Hartford Reporting & Technology, LLC**
**7733 Forsyth Boulevard, Suite 1100**
**Saint Louis, MO 63105**

| | |
|---|---|
| Job No. | : 2488 |
| BU ID | : HRT - MAIN |
| Case No. | : 4:24-CV-00564 |
| Case Name | : Deborah La Scola, M.D. vs. SSM Medical Group, Inc., et al. |

## Pohlman, A Veritext Company

Tel. 877-421-0099 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



**VERITEXT**
LEGAL SOLUTIONS

| Bill To: | Andrew W. Blackwell | | |
|---|---|---|---|
| | Blitz Bardgett & Deutsch LC | **Invoice #:** | **8497697** |
| | 120 S Central Ave | **Invoice Date:** | **7/24/2025** |
| | Suite 1500 | **Balance Due:** | **$1,402.00** |
| | St. Louis, MO, 63105 | | |

| Case: La Scola, M.D., Deborah v. Ssm Medical Group, Inc., Et Al. (4:24CV00564) | Proceeding Type: Depositions |
|---|---|

Job #: 7468621   |   Job Date: 7/9/2025   |   Delivery: Normal

| Location: | St. Louis, MO |
|---|---|
| Billing Atty: | Andrew W. Blackwell |
| Scheduling Atty: | Andrew W. Blackwell | Blitz Bardgett & Deutsch LC |

| Witness: Angela Schlansker | Amount |
|---|---|
| Transcript Services | $1,007.00 |
| Professional Attendance | $330.00 |
| Logistics, Processing & Electronic Files | $65.00 |

| Notes: | | Invoice Total: | $1,402.00 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $1,402.00 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Remit to: | Pay By ACH (Include invoice numbers): | |
|---|---|---|
| Veritext | A/C Name:Veritext | **Invoice #:  8497697** |
| P.O. Box 71303 | Bank Name:BMO Harris Bank | **Invoice Date:  7/24/2025** |
| Chicago IL 60694-1303 | Account No:4353454 ABA:071000288 | **Balance Due:  $1,402.00** |
| Fed. Tax ID: 20-3132569 | Swift: HATRUS44 | |

Pay by Credit Card: www.veritext.com

38844

# ◣LEXITAS™

# INVOICE

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 254935 | 8/13/2025 | 192509 |

| Job Date | Case No. |
|---|---|
| 7/29/2025 | 424CV00564 |

| Case Name |
|---|
| Deborah La Scola MD v SSM Medical Group Inc et al |

| Payment Terms |
|---|
| Due upon receipt |

Ellen Bruntrager
Blitz Bardgett & Deutsch LC
Suite 1500
120 South Central Avenue
Saint Louis, MO 63105

ORIGINAL TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Corrie Schwoeppe | 256.00 | Page | 1,254.40 |
| Attendance - Per Hour - Transcribed | 5.25 | Hour | 357.00 |
| In-person surcharge | 1.00 | 1 Unit | 150.00 |
| ~Exhibits- Scanned | 21.00 | Page | 14.70 |
| E-Tran - Litigation bundle | 1.00 | Flat | 55.00 |
| Shipping is for return of original exhibits | 1.00 | Flat | 35.00 |
| Deposition Insights (151+ pages) | 1.00 | 1 Unit | 89.00 |
| **TOTAL DUE  >>>** | | | **$1,955.10** |

Location of Job    : Blitz Bardgett & Deutsch LC
Suite 1500
120 South Central Avenue
Saint Louis, MO 63105

California Firm Registration #179 Our remit to address has changed, please update your records at your earliest convenience. Send all future payments to the new lockbox address below. We have also listed new Banking Instructions for Wire and ACH payments.

Online credit card payments can be made at www.lexitaslegal.com/pay-invoice
Wire Transfer details:
Account Number: 312068692
Routing Number: 021000021
Swift Code: CHASUS33

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Ellen Bruntrager
Blitz Bardgett & Deutsch LC
Suite 1500
120 South Central Avenue
Saint Louis, MO 63105

| | |
|---|---|
| Invoice No. | : 254935 |
| Invoice Date | : 8/13/2025 |
| **Total Due** | **: $1,955.10** |

Remit To: **Lexitas**
**PO Box 734298**
**Dept. 2023**
**Dallas, TX 75373-4298**

| | |
|---|---|
| Job No. | : 192509 |
| BU ID | : STL |
| Case No. | : 424CV00564 |
| Case Name | : Deborah La Scola MD v SSM Medical Group Inc et al |



# INVOICE

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 255480 | 8/20/2025 | 194230 |

| Job Date | Case No. |
|---|---|
| 8/14/2025 | 424CV00564 |

| Case Name |
|---|
| Deborah La Scola MD v SSM Medical Group Inc et al |

| Payment Terms |
|---|
| Due upon receipt |

Andrew Blackwell
Blitz Bardgett & Deutsch LC
Suite 1500
120 South Central Avenue
Saint Louis, MO 63105

ORIGINAL TRANSCRIPT OF:

| | | | |
|---|---|---|---:|
| Stormy Anderson | 141.00 | Page | 690.90 |
| Attendance - Per Hour - Transcribed | 4.75 | Hour | 323.00 |
| In-person surcharge | 1.00 | 1 Unit | 150.00 |
| ~Exhibits- Scanned | 29.00 | Page | 20.30 |
| E-Tran - Litigation bundle | 1.00 | Flat | 55.00 |
| Shipping is for return of original exhibits | 1.00 | Flat | 35.00 |
| Deposition Insights (75-150 pages) | 1.00 | 1 Unit | 59.00 |
| **TOTAL DUE  >>>** | | | **$1,333.20** |

Location of Job    : Blitz Bardgett & Deutsch LC
Suite 1500
120 South Central Avenue
Saint Louis, MO 63105

California Firm Registration #179 Our remit to address has changed, please update your records at your earliest convenience. Send all future payments to the new lockbox address below. We have also listed new Banking Instructions for Wire and ACH payments.

Online credit card payments can be made at www.lexitaslegal.com/pay-invoice
Wire Transfer details:
Account Number: 312068692
Routing Number: 021000021
Swift Code: CHASUS33

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Andrew Blackwell
Blitz Bardgett & Deutsch LC
Suite 1500
120 South Central Avenue
Saint Louis, MO 63105

| | |
|---|---|
| Invoice No. | : 255480 |
| Invoice Date | : 8/20/2025 |
| **Total Due** | **: $1,333.20** |

Remit To: **Lexitas**
**PO Box 734298**
**Dept. 2023**
**Dallas, TX 75373-4298**

| | |
|---|---|
| Job No. | : 194230 |
| BU ID | : STL |
| Case No. | : 424CV00564 |
| Case Name | : Deborah La Scola MD v SSM Medical Group Inc et al |



# INVOICE

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 255736 | 8/22/2025 | 192519 |

| Job Date | Case No. |
|---|---|
| 8/14/2025 | 424CV00564 |

| Case Name |
|---|
| Deborah La Scola MD v SSM Medical Group Inc et al |

| Payment Terms |
|---|
| Due upon receipt |

Ellen Bruntrager
Blitz Bardgett & Deutsch LC
Suite 1500
120 South Central Avenue
Saint Louis, MO 63105

ORIGINAL TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Bridget Card | 285.00 | Page | 1,396.50 |
| Attendance - Per Hour - Transcribed | 5.25 | Hour | 357.00 |
| In-person surcharge | 1.00 | 1 Unit | 150.00 |
| ~Exhibits- Scanned | 98.00 | Page | 68.60 |
| E-Tran - Litigation bundle | 1.00 | Flat | 55.00 |
| Shipping is for return of original exhibits | 1.00 | Flat | 35.00 |
| Deposition Insights (151+ pages) | 1.00 | 1 Unit | 89.00 |
| **TOTAL DUE  >>>** | | | **$2,151.10** |

Location of Job     : Blitz Bardgett & Deutsch LC
Suite 1500
120 South Central Avenue
Saint Louis, MO 63105

California Firm Registration #179 Our remit to address has changed, please update your records at your earliest convenience. Send all future payments to the new lockbox address below. We have also listed new Banking Instructions for Wire and ACH payments.

Online credit card payments can be made at www.lexitaslegal.com/pay-invoice
Wire Transfer details:
Account Number: 312068692
Routing Number: 021000021
Swift Code: CHASUS33

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Ellen Bruntrager
Blitz Bardgett & Deutsch LC
Suite 1500
120 South Central Avenue
Saint Louis, MO 63105

| | |
|---|---|
| Invoice No. | : 255736 |
| Invoice Date | : 8/22/2025 |
| **Total Due** | **: $2,151.10** |

| | |
|---|---|
| Job No. | : 192519 |
| BU ID | : STL |
| Case No. | : 424CV00564 |
| Case Name | : Deborah La Scola MD v SSM Medical Group Inc et al |

Remit To:  **Lexitas**
**PO Box 734298**
**Dept. 2023**
**Dallas, TX 75373-4298**



# INVOICE

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 256135 | 9/3/2025 | 192512 |
| **Job Date** | **Case No.** | |
| 8/15/2025 | 424CV00564 | |
| **Case Name** | | |
| Deborah La Scola MD v SSM Medical Group Inc et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andrew Blackwell
Blitz Bardgett & Deutsch LC
Suite 1500
120 South Central Avenue
Saint Louis, MO 63105

ORIGINAL TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Steve Schoeck | 300.00 | Page | 1,470.00 |
| Attendance - Per Hour - Transcribed | 7.50 | Hour | 510.00 |
| In-person surcharge | 1.00 | 1 Unit | 150.00 |
| ~Exhibits- Scanned | 289.00 | Page | 202.30 |
| E-Tran - Litigation bundle | 1.00 | Flat | 55.00 |
| Shipping is for return of original exhibits | 1.00 | Flat | 35.00 |
| Deposition Insights (151+ pages) | 1.00 | 1 Unit | 89.00 |
| **TOTAL DUE   >>>** | | | **$2,511.30** |

Location of Job    : Blitz Bardgett & Deutsch LC
Suite 1500
120 South Central Avenue
Saint Louis, MO 63105

California Firm Registration #179 Our remit to address has changed, please update your records at your earliest convenience. Send all future payments to the new lockbox address below. We have also listed new Banking Instructions for Wire and ACH payments.

Online credit card payments can be made at www.lexitaslegal.com/pay-invoice
Wire Transfer details:
Account Number: 312068692
Routing Number: 021000021
Swift Code: CHASUS33

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Andrew Blackwell
Blitz Bardgett & Deutsch LC
Suite 1500
120 South Central Avenue
Saint Louis, MO 63105

Invoice No.    : 256135
Invoice Date   : 9/3/2025
**Total Due**    : **$2,511.30**

Remit To: **Lexitas**
**PO Box 734298**
**Dept. 2023**
**Dallas, TX 75373-4298**

Job No.      : 192512
BU ID        : STL
Case No.     : 424CV00564
Case Name    : Deborah La Scola MD v SSM Medical Group Inc et al



# INVOICE

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 255396 | 8/19/2025 | 192518 |
| **Job Date** | **Case No.** | |
| 8/13/2025 | 424CV00564 | |

| **Case Name** |
|---|
| Deborah La Scola MD v SSM Medical Group Inc et al |

| **Payment Terms** |
|---|
| Due upon receipt |

Kelley F Farrell
Blitz Bardgett & Deutsch LC
Suite 1500
120 South Central Avenue
Saint Louis, MO 63105

---

ORIGINAL TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Sameer Siddiqui MD | 356.00 | Page | 1,940.20 |
| Attendance - Per Hour - Transcribed | 7.75 | Hour | 527.00 |
| In-person surcharge | 1.00 | 1 Unit | 150.00 |
| Exhibits - Electronic | 58.00 | Page | 20.30 |
| E-Tran - Litigation bundle | 1.00 | Flat | 55.00 |
| Deposition Insights (151+ pages) | 1.00 | 1 Unit | 89.00 |
| **TOTAL DUE  >>>** | | | **$2,781.50** |

Location of Job    : Blitz Bardgett & Deutsch LC
Suite 1500
120 South Central Avenue
Saint Louis, MO 63105

California Firm Registration #179 Our remit to address has changed, please update your records at your earliest convenience. Send all future payments to the new lockbox address below. We have also listed new Banking Instructions for Wire and ACH payments.

Online credit card payments can be made at www.lexitaslegal.com/pay-invoice
Wire Transfer details:
Account Number: 312068692
Routing Number: 021000021
Swift Code: CHASUS33
New York, New York
All remittance advices should be sent to remittance@lexitaslegal.com

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

---

Kelley F Farrell
Blitz Bardgett & Deutsch LC
Suite 1500
120 South Central Avenue
Saint Louis, MO 63105

Invoice No.    : 255396
Invoice Date   : 8/19/2025
**Total Due**    : **$2,823.22**

Remit To: **Lexitas**
**PO Box 734298**
**Dept. 2023**
**Dallas, TX 75373-4298**

Job No.      : 192518
BU ID        : STL
Case No.     : 424CV00564
Case Name    : Deborah La Scola MD v SSM Medical Group
Inc et al



# INVOICE

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 260823 | 10/28/2025 | 198794 |
| **Job Date** | **Case No.** | |
| 10/27/2025 | 424CV00564 | |
| **Case Name** | | |
| Deborah La Scola MD v SSM Medical Group Inc et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andrew Blackwell
Blitz Bardgett & Deutsch LC
Suite 1500
120 South Central Avenue
Saint Louis, MO 63105

ORIGINAL TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Stormy Anderson VOL II | 31.00 | Page | 162.75 |
| Attendance - Two Hour Minimum - Transcribed | 1.00 | | 136.00 |
| Exhibits - Electronic | 146.00 | Page | 51.10 |
| E-Tran - Litigation bundle | 1.00 | Flat | 55.00 |
| Video Conference - Connection Fee | 1.00 | Hour | 50.00 |
| Deposition Insights (25-74 pages) | 1.00 | 1 Unit | 39.00 |
| **TOTAL DUE >>>** | | | **$493.85** |

Location of Job   : Remote Zoom

California Firm Registration #179 Our remit to address has changed, please update your records at your earliest convenience. Send all future payments to the new lockbox address below. We have also listed new Banking Instructions for Wire and ACH payments.

Online credit card payments can be made at www.lexitaslegal.com/pay-invoice
Wire Transfer details:
Account Number: 312068692
Routing Number: 021000021
Swift Code: CHASUS33
New York, New York
All remittance advices should be sent to remittance@lexitaslegal.com

ACH Transaction details:
Account Number: 312068692

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Andrew Blackwell
Blitz Bardgett & Deutsch LC
Suite 1500
120 South Central Avenue
Saint Louis, MO 63105

| | |
|---|---|
| Invoice No. | : 260823 |
| Invoice Date | : 10/28/2025 |
| **Total Due** | **: $493.85** |

Remit To: **Lexitas**
**PO Box 734298**
**Dept. 2023**
**Dallas, TX 75373-4298**

| | |
|---|---|
| Job No. | : 198794 |
| BU ID | : STL |
| Case No. | : 424CV00564 |
| Case Name | : Deborah La Scola MD v SSM Medical Group Inc et al |



# INVOICE

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 262368 | 11/17/2025 | 199748 |

| Job Date | Case No. |
|---|---|
| 11/11/2025 | 424CV00564 |

| Case Name |
|---|
| Deborah La Scola MD v SSM Medical Group Inc et al |

| Payment Terms |
|---|
| Due upon receipt |

Andrew Blackwell
Blitz Bardgett & Deutsch LC
Suite 1500
120 South Central Avenue
Saint Louis, MO 63105

ORIGINAL TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Christopher Wangard | 78.00 | Page | 382.20 |
| Attendance - Two Hour Minimum - Transcribed | 1.00 | | 136.00 |
| In-person surcharge | 1.00 | 1 Unit | 150.00 |
| ~Exhibits- Scanned | 11.00 | Page | 7.70 |
| E-Tran - Litigation bundle | 1.00 | Flat | 55.00 |
| Shipping is for return of original exhibits | 1.00 | Flat | 35.00 |
| Deposition Insights (25-74 pages) | 1.00 | 1 Unit | 39.00 |
| **TOTAL DUE  >>>** | | | **$804.90** |

Location of Job    : Blitz Bardgett & Deutsch LC
Suite 1500
120 South Central Avenue
Saint Louis, MO 63105

California Firm Registration #179 Our remit to address has changed, please update your records at your earliest convenience. Send all future payments to the new lockbox address below. We have also listed new Banking Instructions for Wire and ACH payments.

Online credit card payments can be made at www.lexitaslegal.com/pay-invoice
Wire Transfer details:
Account Number: 312068692
Routing Number: 021000021
Swift Code: CHASUS33

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Andrew Blackwell
Blitz Bardgett & Deutsch LC
Suite 1500
120 South Central Avenue
Saint Louis, MO 63105

| | |
|---|---|
| Invoice No. | : 262368 |
| Invoice Date | : 11/17/2025 |
| **Total Due** | **: $804.90** |

Remit To: **Lexitas**
**PO Box 734298**
**Dept. 2023**
**Dallas, TX 75373-4298**

| | |
|---|---|
| Job No. | : 199748 |
| BU ID | : STL |
| Case No. | : 424CV00564 |
| Case Name | : Deborah La Scola MD v SSM Medical Group Inc et al |

**BLITZ, BARDGETT & DEUTSCH, L.C.**
120 South Central, Suite 1500
St. Louis, MO 63105

# Check Request

| | | | |
|---|---|---|---|
| **CLIENT NAME** | Deborah La Scola | CLIENT NO.: 32511 | |
| **MATTER NAME:** | SSM Medical Group, et al. | MATTER: .001 | |

**DATE REQUESTED:**     May 28, 2026

**DATE REQUIRED:**     05/28/2026

**AMOUNT:**     $56.77

**PAY TO:**     Julie Ketts

**EXPLANATION:**     Witness Fee

**REQUESTED BY:**     AWB

**RECEIVED BY:** _____

Address:     18 Timberland Court, Foristell, MO 63348

Taxpayer ID No.:

Approved By:     /s/ Andrew W. Blackwel          l

Date:     May 28, 2026

PNC Bank, N.A.    071

**38143**

70-2189/719
5389
CHECK ARMOR
FRAUD PROTECTION

**BLITZ, BARDGETT & DEUTSCH, L.C.**
120 S. CENTRAL AVE. STE. 1500
ST. LOUIS, MO  63105
(314) 863-1500

5/28/2026

PAY TO THE
ORDER OF___  Julie Ketts

$  **56.77

Fifty-Six and 77/100*****************************************************************************************************  DOLLARS

Julie Ketts
18 Timberland Court
Foristell, MO 63348

VALID VALID
VALID VALID
VALID VALID
VALID VALID

AUTHORIZED SIGNATURE                MP

MEMO

LaScola - Witness Fee

---

**BLITZ, BARDGETT & DEUTSCH, L.C.**                                                                    **38143**

Julie Ketts                                                5/28/2026
2005 Client Cost Advance:(32511)LaScol   (1) Witness Fee                                      56.77

1030 PNC Main Chec    LaScola - Witness Fee                                          56.77

**BLITZ, BARDGETT & DEUTSCH, L.C.**                                                                    **38143**

Julie Ketts                                                5/28/2026
2005 Client Cost Advance:(32511)LaScol   (1) Witness Fee                                      56.77

1030 PNC Main Chec    LaScola - Witness Fee                                          56.77


Rev 3/19


104371


10437

**BLITZ, BARDGETT & DEUTSCH, L.C.**
120 South Central, Suite 1500
St. Louis, MO 63105

# Check Request

| | | |
|---|---|---|
| **CLIENT NAME** | Deborah La Scola | CLIENT NO.: 32511 |
| **MATTER NAME:** | SSM Medical Group, et al. | MATTER: .001 |

**DATE REQUESTED:**    May 28, 2026

**DATE REQUIRED:**    **05/28/2026**

**AMOUNT:**    $41.23

**PAY TO:**    **Sameer Sidiqqui**

**EXPLANATION:**    Witness Fee

**REQUESTED BY:**    AWB

**RECEIVED BY:**    _____

**Address:**    3655 Vista Avenue, St. Louis, MO 63110

**Taxpayer ID No.:**

**Approved By:**    /s/ Andrew W. Blackwell

**Date:**    May 28, 2026

PNC Bank, N.A.    071

38156

70-2189/719
5389
CHECK ARMOR

**BLITZ, BARDGETT & DEUTSCH, L.C.**
120 S. CENTRAL AVE. STE. 1500
ST. LOUIS, MO 63105
(314) 863-1500

5/28/2026

PAY TO THE
ORDER OF    Sameer Sidiqqui                                        $  **41.23

Forty-One and 23/100*************************************************************************  DOLLARS

Sameer Sidiqqui
3655 Vista Avenue
St. Louis, MO 63110

MEMO

VALID VALID
VALID VALID
VALID VALID
VALID VALID

AUTHORIZED SIGNATURE                    MP

LaScola - Witness Fee

---

**BLITZ, BARDGETT & DEUTSCH, L.C.**                                        38156

Sameer Sidiqqui                                        5/28/2026
2005 Client Cost Advance:(32511)LaScol  (1) Witness Fee                41.23

1030 PNC Main Chec    LaScola - Witness Fee                            41.23

**BLITZ, BARDGETT & DEUTSCH, L.C.**                                        38156

Sameer Sidiqqui                                        5/28/2026
2005 Client Cost Advance:(32511)LaScol  (1) Witness Fee                41.23

1030 PNC Main Chec    LaScola - Witness Fee                            41.23


Rev 3/19


104371


10437

**BLITZ, BARDGETT & DEUTSCH, L.C.**
120 South Central, Suite 1500
St. Louis, MO 63105

# Check Request

**CLIENT NAME**    Deborah La Scola              CLIENT NO.: 32511

**MATTER NAME:**   SSM Medical Group, et al.     MATTER: .001

**DATE REQUESTED:**    May 28, 2026

**DATE REQUIRED:**     **05/28/2026**

**AMOUNT:**            $57.57

**PAY TO:**            **Thomas Landon**

**EXPLANATION:**       Witness Fee

**REQUESTED BY:**      AWB

**RECEIVED BY:**       _____

**Address**:    2604 Horse Crest Court, Washington, MO 63090

**Taxpayer ID No.:**

**Approved By:**    /s/ Andrew W. Blackwell

**Date:**           May 28, 2026

**BLITZ, BARDGETT & DEUTSCH, L.C.**
120 S. CENTRAL AVE. STE. 1500
ST. LOUIS, MO 63105
(314) 863-1500

PNC Bank, N.A.   071

**38157**

70-2189/719
5389

CHECK ARMOR

5/28/2026

PAY TO THE
ORDER OF  Thomas Landon                                    $  **57.57

Fifty-Seven and 57/100***************************************************************************************************** DOLLARS

Thomas Landon
2604 Horse Crest Court
Washington MO 63090

MEMO

LaScola - Witness Fee

VALID VALID
VALID VALID
VALID VALID
VALID VALID

AUTHORIZED SIGNATURE                 MP

---

**BLITZ, BARDGETT & DEUTSCH, L.C.**                                      38157

   Thomas Landon                                    5/28/2026
   2005 Client Cost Advance:(32511)LaScol   (1) Witness Fee                   57.57

1030 PNC Main Chec    LaScola - Witness Fee                                57.57

**BLITZ, BARDGETT & DEUTSCH, L.C.**                                      38157

   Thomas Landon                                    5/28/2026
   2005 Client Cost Advance:(32511)LaScol   (1) Witness Fee                   57.57

1030 PNC Main Chec    LaScola - Witness Fee                                57.57


Rev 3/19


104371


10437

**BLITZ, BARDGETT & DEUTSCH, L.C.**
120 South Central, Suite 1500
St. Louis, MO 63105

# Check Request

| | | | |
|---|---|---|---|
| **CLIENT NAME** | Deborah La Scola | CLIENT NO.: 32511 | |
| **MATTER NAME:** | SSM Medical Group, et al. | MATTER: .001 | |

**DATE REQUESTED:**  May 28, 2026

**DATE REQUIRED:**  **05/28/2026**

**AMOUNT:**  $48.37

**PAY TO:**  **Michelle Moehlman**

**EXPLANATION:**  Witness Fee

**REQUESTED BY:**  AWB

**RECEIVED BY:**  _____

**Address:**  1112 Olive Street, St. Charles, MO 63301

**Taxpayer ID No.:**

**Approved By:**  _/s/ Andrew W. Blackwell_____

**Date:**  May 28, 2026_____

PNC Bank, N.A.   071

**38158**

70-2189/719

5389

CHECK ARMOR

**BLITZ, BARDGETT & DEUTSCH, L.C.**
120 S. CENTRAL AVE. STE. 1500
ST. LOUIS, MO  63105
(314) 863-1500

5/28/2026

PAY TO THE
ORDER OF___ Michelle Moehlman

$ **48.37

Forty-Eight and 37/100************************************************************************************ _____ DOLLARS

Michelle Moehlman
1112 Olive Street
St. Charles Mo 63301

VALID VALID
VALID VALID
VALID VALID
VALID VALID

AUTHORIZED SIGNATURE

MEMO.

LaScola - Witness Fee

---

**BLITZ, BARDGETT & DEUTSCH, L.C.**

**38158**

Michelle Moehlman                                                          5/28/2026
2005 Client Cost Advance:(32511)LaScol   (1) Witness Fee                                          48.37

1030 PNC Main Chec    LaScola - Witness Fee                                                        48.37

**BLITZ, BARDGETT & DEUTSCH, L.C.**                                                                **38158**

Michelle Moehlman                                                          5/28/2026
2005 Client Cost Advance:(32511)LaScol   (1) Witness Fee                                          48.37

1030 PNC Main Chec    LaScola - Witness Fee                                                        48.37

Rev 3/19

104371

10437

**BLITZ, BARDGETT & DEUTSCH, L.C.**
120 South Central, Suite 1500
St. Louis, MO 63105

# Check Request

| | | | |
|---|---|---|---|
| **CLIENT NAME** | Deborah La Scola | CLIENT NO.: | 32511 |
| **MATTER NAME:** | SSM Medical Group, et al. | MATTER: | .001 |

**DATE REQUESTED:**   May 28, 2026

**DATE REQUIRED:**   **05/28/2026**

**AMOUNT:**   $44.41

**PAY TO:**   **Angela Schlansker**

**EXPLANATION:**   Witness Fee

**REQUESTED BY:**   AWB

**RECEIVED BY:**   _____

**Address:**   429 California Avenue, St. Louis, MO 63119

**Taxpayer ID No.:**

**Approved By:**   _/s/ Andrew W. Blackwell_____

**Date:**   May 28, 2026_____

PNC Bank, N.A.    071

**BLITZ, BARDGETT & DEUTSCH, L.C.**
120 S. CENTRAL AVE. STE. 1500
ST. LOUIS, MO 63105
(314) 863-1500

38159

70-2189/719
5389

5/28/2026

PAY TO THE
ORDER OF___ Angela Schlansker                                            $  **44.41

Forty-Four and 41/100************************************************************************************* DOLLARS

Angela Schlansker
429 California Avenue
St. Louis, MO 63119

VALID VALID
VALID VALID
VALID VALID
VALID VALID

AUTHORIZED SIGNATURE

MEMO

LaScola - Witness Fee

---

**BLITZ, BARDGETT & DEUTSCH, L.C.**                                                                  38159

    Angela Schlansker                                              5/28/2026
    2005 Client Cost Advance:(32511)LaScol   (1) Witness Fee                                44.41

1030 PNC Main Chec    LaScola - Witness Fee                                              44.41

**BLITZ, BARDGETT & DEUTSCH, L.C.**                                                                  38159

    Angela Schlansker                                              5/28/2026
    2005 Client Cost Advance:(32511)LaScol   (1) Witness Fee                                44.41

1030 PNC Main Chec    LaScola - Witness Fee                                              44.41


104371


Rev 3/19


10437

**BLITZ, BARDGETT & DEUTSCH, L.C.**
120 South Central, Suite 1500
St. Louis, MO 63105

# Check Request

| | | |
|---|---|---|
| **CLIENT NAME** | Deborah La Scola | CLIENT NO.: 32511 |
| **MATTER NAME:** | SSM Medical Group, et al. | MATTER: .001 |

**DATE REQUESTED:**  May 28, 2026

**DATE REQUIRED:**  **05/28/2026**

**AMOUNT:**  $62.40

**PAY TO:**  **Corrie Schwoeppe**

**EXPLANATION:**  Witness Fee

**REQUESTED BY:**  AWB

**RECEIVED BY:**  _____

**Address**:  23075 Tall Oaks Road, Warrenton, MO 63383

**Taxpayer ID No.:**

**Approved By:**  /s/ *Andrew W. Blackwell*

**Date:**  May 28, 2026

**BLITZ, BARDGETT & DEUTSCH, L.C.**
120 S. CENTRAL AVE. STE. 1500
ST. LOUIS, MO  63105
(314) 863-1500

PNC Bank, N.A.    071

38160
70-2189/719
5389
CHECK ARMOR
FRAUD PROTECTION

5/28/2026

PAY TO THE
ORDER OF ___ Corrie Schwoeppe                                                      $  **62.40

Sixty-Two and 40/100********************************************************************************* DOLLARS

Corrie Schwoeppe
23075 Tall Oaks Road
Warrenton MO 63383

MEMO

LaScola - Witness Fee

VALID VALID
VALID VALID
VALID VALID
VALID VALID

AUTHORIZED SIGNATURE                        MP

---

**BLITZ, BARDGETT & DEUTSCH, L.C.**                                              38160

Corrie Schwoeppe                                       5/28/2026
2005 Client Cost Advance:(32511)LaScol   (1) Witness Fee                          62.40

1030 PNC Main Chec    LaScola - Witness Fee                                       62.40

**BLITZ, BARDGETT & DEUTSCH, L.C.**                                              38160

Corrie Schwoeppe                                       5/28/2026
2005 Client Cost Advance:(32511)LaScol   (1) Witness Fee                          62.40

1030 PNC Main Chec    LaScola - Witness Fee                                       62.40

  Rev 3/19


104371

10437

**BLITZ, BARDGETT & DEUTSCH, L.C.**
120 South Central, Suite 1500
St. Louis, MO 63105

# Check Request

| | | |
|---|---|---|
| **CLIENT NAME** | Deborah La Scola | CLIENT NO.: 32511 |
| **MATTER NAME:** | SSM Medical Group, et al. | MATTER: .001 |

**DATE REQUESTED:**    June 9, 2026

**DATE REQUIRED:**    06/09/2026

**AMOUNT:**    $43.39

**PAY TO:**    **Robert Pendleton**

**EXPLANATION:**    Witness Fee

**REQUESTED BY:**    AWB

**RECEIVED BY:**    _____

**Address:**    1201 S. Grand Blvd., St. Louis, MO 63104

**Taxpayer ID No.:**

**Approved By:**    /s/ *Andrew W. Blackwell*

**Date:**    June 9, 2026

**BLITZ, BARDGETT & DEUTSCH, L.C.**
120 S. CENTRAL AVE. STE. 1500
ST. LOUIS, MO  63105
(314) 863-1500

PNC Bank, N.A.    071
70-2189/719
5389

38177

6/9/2026

PAY TO THE
ORDER OF ___ Robert Pendleton                                                    $  **43.49

Forty-Three and 49/100************************************************************************************************************ DOLLARS

Robert Pendleton
1201 S. Grand Boulevard
St. Louis, MO 63104

VALID VALID
VALID VALID
VALID VALID
VALID VALID

_Cindy L. Stephens_
AUTHORIZED SIGNATURE

MEMO

LaScola - Witness Fee

---

| BLITZ, BARDGETT & DEUTSCH, L.C. | | 38177 |
|---|---|---|
| Robert Pendleton | 6/9/2026 | |
| 2005 Client Cost Advance:(32511)LaScol   (1) Witness Fee | | 43.49 |

| 1030 PNC Main Chec    LaScola - Witness Fee | | 43.49 |
|---|---|---|

| BLITZ, BARDGETT & DEUTSCH, L.C. | | 38177 |
|---|---|---|
| Robert Pendleton | 6/9/2026 | |
| 2005 Client Cost Advance:(32511)LaScol   (1) Witness Fee | | 43.49 |

| 1030 PNC Main Chec    LaScola - Witness Fee | | 43.49 |
|---|---|---|



Rev 3/19

104371



10437

**BLITZ, BARDGETT & DEUTSCH, L.C.**
120 South Central, Suite 1500
St. Louis, MO 63105

# Check Request

| | | |
|---|---|---|
| **CLIENT NAME** | **Deborah La Scola** | CLIENT NO.: 32511 |
| **MATTER NAME:** | **SSM Medical Group, et al.** | MATTER: .001 |

**DATE REQUESTED:**     June 15, 2026

**DATE REQUIRED:**     **06/15/2026**

**AMOUNT:**     $81.12

**PAY TO:**     **Bridget Card**

**EXPLANATION:**     Witness Fee

**REQUESTED BY:**     AWB

**RECEIVED BY:**     _____

**Address:**     5 Kniess Ct, Troy, MO 63379

**Taxpayer ID No.:**

**Approved By:**     /s/ *Andrew W. Blackwell*

**Date:**     June 15, 2026

PNC Bank, N.A.   071

38182

70-2189/719
5389
CHECK ARMOR

**BLITZ, BARDGETT & DEUTSCH, L.C.**
120 S. CENTRAL AVE. STE. 1500
ST. LOUIS, MO 63105
(314) 863-1500

6/15/2026

PAY TO THE
ORDER OF___ Bridget Card                                          $ **81.12

Eighty-One and 12/100************************************************************************************* DOLLARS

Bridget Card
5 Kniess Ct.
Troy MO 63379

MEMO

Witness Fee

VALID VALID
VALID VALID
VALID VALID
VALID VALID

*Cindy L. Stephens*
AUTHORIZED SIGNATURE                           MP

---

**BLITZ, BARDGETT & DEUTSCH, L.C.**                                                      38182

Bridget Card                                                      6/15/2026
2005 Client Cost Advance:(32511)LaScol   (1) Witness Fee                            81.12

1030 PNC Main Chec   Witness Fee                                                      81.12

**BLITZ, BARDGETT & DEUTSCH, L.C.**                                                      38182

Bridget Card                                                      6/15/2026
2005 Client Cost Advance:(32511)LaScol   (1) Witness Fee                            81.12

1030 PNC Main Chec   Witness Fee                                                      81.12

Rev 3/19                                    104371                                    10437

# Lousika Legal Courier, LLC

# Invoice

EIN: 46-0667312

| DATE: | INVOICE # |
|---|---|
| 6/1/2026 | 148 |

308 Hutchinson Road
Ellisville, MO 63011
Telephone: 314-541-3565
Email: yiatras09@yahoo.com

| Due Date | 6/16/2026 |
|---|---|

**BILL TO**

Blitz, Bardgett & Deutsch, L.C.
120 South Central Avenue
Suite 1500
Saint Louis, Missouri  63105

| Description | AMOUNT |
|---|---|
| SUBPOENAS<br>Serve 3 subpoenas Case No.  4:24-cv-00564-JSD (Deborah La Scola, M.D. v SSM Medical Group, Inc. et al.) on<br>  Julie Ketts at 18 Timberland Court  Foristell, Missouri  63348<br>  Sameer Siddiqui at SSM Health Saint Louis University Hospital - West Pavilion  Dep of Surgery  3655 Vista Avenue 1st Floor  Saint Louis, Missouri  63110<br>  Dr. Thomas Landon at SSM Health  300 Medical Plaza  Suite 310  Lake Saint Louis, Missouri  63367<br>Attempted to serve Dr. Thomas Landon at 2604 Horse Crest Court  Washington, Missouri  63090<br><br>Client/Matter No.  32511-001  for  Andrew Blackwell | 1,176.00 |

| | Total Due: | **$1,176.00** |
|---|---|---|

**OTHER COMMENTS**

1. Total payment due in 15 days
2. Please include the invoice number on your check
3. Make all checks payable to Lousika Legal Courier, LLC

**Thank You For Your Business!**

# Lousika Legal Courier, LLC

EIN: 46-0667312

# Invoice

308 Hutchinson Road
Ellisville, MO 63011

Telephone: 314-541-3565
Email: yiatras09@yahoo.com

| DATE: | INVOICE # |
|-------|-----------|
| 6/4/2026 | 149 |

| Due Date | 6/19/2026 |
|----------|-----------|

**BILL TO**

Bliz, Bardgett & Deutsch, L.C.
120 South Central Avenue
Suite 1500
Saint Louis, Missouri  63105

| Description | AMOUNT |
|-------------|--------|
| SUBPOENAS<br>Serve 3 subpoenas Case No. 4:24-cv-00564-JSD (Deborah La Scola, M.D. v SSM Medical Group, Inc. et al.) on<br>  Michelle Moehlman  1112 Olive Street  Saint Charles, Missouri  63301<br>  Corrie Schwoeppe  23075 Tall Oaks Road  Warrenton, Missouri  63383<br>  Angela Schlansker  429 California Avenue  Saint Louis, Missouri  63119<br>Multiple attempts to serve Angela Schlansker and surveillance of residence and mileage<br><br>Client/Matter No.  32511.001  for  Andrew Blackwell | 1,407.00 |

**OTHER COMMENTS**

1. Total payment due in 15 days
2. Please include the invoice number on your check
3. Make all checks payable to Lousika Legal Courier, LLC

| Total Due: | $1,407.00 |
|------------|-----------|

**Thank You For Your Business!**

# Lousika Legal Courier, LLC

EIN: 46-0667312

308 Hutchinson Road
Ellisville, MO 63011

Telephone: 314-541-3565
Email: yiatras09@yahoo.com

# Invoice

| DATE: | INVOICE # |
|---|---|
| 6/15/2026 | 150 |

| Due Date | 6/30/2026 |
|---|---|

## BILL TO

Blitz, Bardgett & Deutsch, L.C.
120 South Central Avenue
Suite 1500
Saint Louis, Missouri  63105

| Description | AMOUNT |
|---|---|
| SUBPOENA<br>Serve subpoena Case No.  4:24-cv-00564-JSD (Deborah La Scola, M.D. v SSM Medical Group, Inc. et al.) on Bridget Card at 5 Kniess Court  Troy, Missouri  63379<br>Investigative research and background check to find Bridget Card<br>Surveillance of residence and mileage and time<br><br>Client/Matter No.  32511.001  for  Andrew Blackwell | 832.00 |

### OTHER COMMENTS

1. Total payment due in 15 days
2. Please include the invoice number on your check
3. Make all checks payable to Lousika Legal Courier, LLC

| Total Due: | $832.00 |
|---|---|

**Thank You For Your Business!**

# Lousika Legal Courier, LLC

# Invoice

EIN: 46-0667312

| DATE: | INVOICE # |
|---|---|
| 6/22/2026 | 151 |

308 Hutchinson Road
Ellisville, MO 63011

Telephone: 314-541-3565
Email: yiatras09@yahoo.com

| Due Date | 7/7/2026 |
|---|---|

## BILL TO

Blitz, Bardgett & Deutsch, L.C.
120 South Central Avenue
Suite 1500
Saint Louis, Missouri  63105

| Description | AMOUNT |
|---|---|
| SUBPOENA<br>Serve subpoena Case No.  4:24-cv-00564-JSD (Deborah La Scola, M.D. v SSM Medical Group, Inc. et al.) on Dr. Robert Pendleton at SSM Health System Headquarters  12800 Corporate Drive  North Entrance  Saint Louis, Missouri 63131<br>Attempted service of subpoena on Dr. Pendleton at SSM Hospital  1201 South Grand Boulevard  Saint Louis, Missouri 63104 and<br>Cardinal Glennon Children's Hospital  1465 South Grand Boulevard  Saint Louis, Missouri  63104<br>Attempted service of subpoena on Dr. Christopher Wangard at SSM Hospital  100 Medical Plaza  Lake St. Louis, Missouri  63367<br><br>Client/Matter No.  32511.001  for  Andrew Blackwell | 528.00 |

| OTHER COMMENTS | Total Due: | $528.00 |
|---|---|---|

1. Total payment due in 15 days
2. Please include the invoice number on your check
3. Make all checks payable to Lousika Legal Courier, LLC

**Thank You For Your Business!**



## BLITZ, BARDGETT & DEUTSCH, L.C.
### 120 South Central, Suite 1500
### St. Louis, MO 63105

# Check Request

| | | | |
|---|---|---|---|
| **CLIENT NAME** | Deborah La Scola | CLIENT NO.: 32511 | |
| **MATTER NAME:** | SSM Medical Group, et al. | MATTER: .001 | |

**DATE REQUESTED:** July 16, 2026

**DATE REQUIRED:** 07/16/2026

**AMOUNT:** $60.81

**PAY TO:** Lorraine Bruesch

**EXPLANATION:** Witness Fee

**REQUESTED BY:** AWB

**RECEIVED BY:** _____

**Address:** 6 McBride and Son Center Dr., Suite 101, Chesterfield, MO 63005

**Taxpayer ID No.:**

**Approved By:** /s/ *Andrew W. Blackwell*

**Date:** July 16, 2026

PNC Bank, N.A.    071

**38256**

70-2189/719
5389
CHECK ARMOR

**BLITZ, BARDGETT & DEUTSCH, L.C.**
120 S. CENTRAL AVE. STE. 1500
ST. LOUIS, MO 63105
(314) 863-1500

7/17/2026

PAY TO THE
ORDER OF___ Lorraine Bruesch

$ **60.81

Sixty and 81/100*********************************************************************************** ___ DOLLARS

Lorraine Bruesch
6 McBridge and Son Center Dr.
Suite 101
Chesterfield MO 63005

MEMO

Winess Fee

VALID VALID
VALID VALID
VALID VALID
VALID VALID

*Cindy L Stephens*

AUTHORIZED SIGNATURE    VP

---

**BLITZ, BARDGETT & DEUTSCH, L.C.**

**38256**

Lorraine Bruesch
2005 Client Cost Advance:(32511)LaScol   (1) Witness Fee

7/17/2026

60.81

1030 PNC Main Chec    Winess Fee

60.81

**BLITZ, BARDGETT & DEUTSCH, L.C.**

**38256**

Lorraine Bruesch
2005 Client Cost Advance:(32511)LaScol   (1) Witness Fee

7/17/2026

60.81

1030 PNC Main Chec    Winess Fee

60.81

Rev 3/19

104371





10437

**Cindy Stephens**

---

@ 405

| | |
|---|---|
| **From:** | Jennifer Woolsey |
| **Sent:** | Thursday, April 18, 2024 12:31 PM |
| **To:** | Cindy Stephens |
| **Cc:** | Alysia Macklin |
| **Subject:** | Credit Card |

La Scola - 32511.001

Jennifer

Jennifer Woolsey
Legal Assistant
OFFICE 314.863.1500 | FAX 314.863.1877 | EMAIL jwoolsey@bbdlc.com

CONFIDENTIALITY NOTE: This message and any attachments are from a law firm. They are solely for the use of the intended recipient and may contain privileged, confidential or other legally protected information. If you are not the intended recipient, please destroy all copies without reading or disclosing their contents and notify the sender of the error by reply e-mail.

-----Original Message-----
From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Thursday, April 18, 2024 12:19 PM
To: Jennifer Woolsey <jwoolsey@bbdlc.com>
Subject: Pay.gov Payment Confirmation: MISSOURI EASTERN DISTRICT COURT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Cheryl Czopek at 314-244-7914.

  Account Number: 5072867
  Court: MISSOURI EASTERN DISTRICT COURT
  Amount: $405.00
  Tracking Id: AMOEDC-10556549
  Approval Code: 03209Q
  Card Number: ************3584
  Date/Time: 04/18/2024 01:19:13 ET


NOTE: This is an automated message. Please do not reply

1

# Lousika Legal Courier, LLC

# Invoice

EIN: 46-0667312

308 Hutchinson Road
Ellisville, MO 63011
Telephone: 314-541-3565
Email: yiatras09@yahoo.com

| DATE: | INVOICE # |
|---|---|
| 4/30/2024 | 80 |

| **Due Date** | 5/15/2024 |
|---|---|

**BILL TO**

Blitz, Bardgett & Deutsch, L.C.
120 South Central Avenue
Suite 1500
Saint Louis, Missouri  63105

| Description | AMOUNT |
|---|---|
| SUMMONS<br>Serve 2 summons Case No.  4:24-cv-00564 (Deborah La Scola, M.D. v SSM Medical Group, Inc., et al.) on St. Louis University  1 North Grand Boulevard  Room 219  3rd Floor  Saint Louis, Missouri  63103  CT Corporation System, registered agent of SSM Medical Group, Inc.,  120 South Central Avenue  Suite 400  Clayton, Missouri  63105<br><br>Client/Matter No.  32511.001  for  Kelley Farrell | 250.00 |

**OTHER COMMENTS**

1. Total payment due in 15 days
2. Please include the invoice number on your check
3. Make all checks payable to Lousika Legal Courier, LLC

**Total Due:**  $250.00

**Thank You For Your Business!**

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

DEBORAH LA SCOLA, M.D.

_____
Plaintiff

SSM MEDICAL GROUP, INC. et al,

_____
Defendant

)
)
)
)
)
)

Civil Action No.   4:24-cv-00564-JSD

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:    Julie Ketts - 18 Timberland Court, Foristell, MO 63348

_____
(Name of person to whom this subpoena is directed)

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place:  111 S. 10th Street, St. Louis, MO 63102 | Courtroom No.:    17 North |
|---|---|
| | Date and Time:   9:00 a.m., June 18-19, 2026, and June 22-26, 2026. *See below* |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

*Call counsel of record for Plaintiff, Andrew W. Blackwell (816)809-1562, the night before each day of trial for specific instructions regarding whether or not you must appear in court the following day, and if so required, what time your appearance is required.*

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: May 28, 2026

CLERK OF COURT

OR

_____        _____
Signature of Clerk or Deputy Clerk                     /s/ Andrew W. Blackwell
                                                       Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Plaintiff, Deborah LaScola
_____ , who issues or requests this subpoena, are:

Andrew W. Blackwell, 120 S. Central Avenue, Suite 1500, St. Louis, MO 63105, ablackwell@bbdlc.com, 816-809-1562

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No.

## PROOF OF SERVICE

### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)* _JULIE KETTS_

on *(date)* _MAY 28, 2026_

☑ I served the subpoena by delivering a copy to the named person as follows: _JULIE KETTS_
_18 TIMBERLAND COURT    FORISTELL, MISSOURI 63348_
on *(date)* _MAY 28, 2026_ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$    56.77

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00 .

I declare under penalty of perjury that this information is true.

Date: _MAY 28, 2026_

_____
_Harry Yiatras_
Server's signature

_HARRY YIATRAS    SERVER_
Printed name and title

_308 HUTCHINSON ROAD_
_ELLISVILLE, MISSOURI 63011_
Server's address

Additional information regarding attempted service, etc.:

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF MISSOURI

DEBORAH LA SCOLA, M.D.
_____
*Plaintiff*                                                )
                                                           )
SSM MEDICAL GROUP, INC. et al,                             )    Civil Action No.    4:24-cv-00564-JSD
_____                          )
*Defendant*                                                )
                                                           )

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:    Thomas Landon - 2604 Horse Crest Court, Washington, MO 63090
_____
*(Name of person to whom this subpoena is directed)*

   **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place:   111 S. 10th Street, St. Louis, MO 63102 | Courtroom No.:    17 North |
|---|---|
| | Date and Time: 9:00 a.m., June 18-19, 2026, and June 22-26, 2026. *See below* |

   You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

   *Call counsel of record for Plaintiff, Andrew W. Blackwell (816)809-1562, the night before each day of trial for specific instructions regarding whether or not you must appear in court the following day, and if so required, what time your appearance is required.*

   The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: May 28, 2026

            *CLERK OF COURT*
                                                           OR

_____           /s/ *Andrew W. Blackwell*
*Signature of Clerk or Deputy Clerk*                  _____
                                                       *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  Plaintiff, Deborah LaScola
_____ , who issues or requests this subpoena, are:

Andrew W. Blackwell, 120 S. Central Avenue, Suite 1500, St. Louis, MO 63105, ablackwell@bbdlc.com, 816-809-1562

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No.

## PROOF OF SERVICE

### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)* DR. THOMAS LANDON

on *(date)* MAY 29, 2026

☐ I served the subpoena by delivering a copy to the named person as follows: EMILIE LEHN, OFFICE MANAGER, SSM HEALTH 300 MEDICAL PLAZA SUITE 310 LAKE ST. LOUIS, MISSOURI 63367 on *(date)* JUNE 1, 2026 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$    57.57

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date: JUNE 1, 2026

Harry Yiateas
Server's signature

HARRY YIATRAS  SERVER
Printed name and title

308 HUTCHINSON ROAD
ELLISVILLE, MISSOURI 63011
Server's address

Additional information regarding attempted service, etc.:



**Thomas Landon, MD**
Urology

phone:   636-625-2662, ext. 9
fax:     636-625-1121

SSM Health Medical Group
**Urology**
300 Medical Plaza
Lake Saint Louis, MO 63367



**Emilie Lehn, MHA**
Manager- Business Operations

phone    636-625-2662
fax:     636-625-1121

SSM Health Medical Group
300 Medical Plaza
Suite 310
Lake Saint Louis, MO 63367

emilie.lehn@ssmhealth.com

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF MISSOURI

DEBORAH LA SCOLA, M.D.

_Plaintiff_

SSM MEDICAL GROUP, INC. et al,

_Defendant_

)
)
)
)
)
)

Civil Action No.   4:24-cv-00564-JSD

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:   Michelle Moehlman - 1112 Olive Street, St. Charles, MO 63301

_(Name of person to whom this subpoena is directed)_

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place:   111 S. 10th Street, St. Louis, MO 63102 | Courtroom No.:   17 North |
|---|---|
| | Date and Time: 9:00 a.m., June 18-19, 2026, and June 22-26, 2026. *See below* |

You must also bring with you the following documents, electronically stored information, or objects _(leave blank if not applicable)_:

*Call counsel of record for Plaintiff, Andrew W. Blackwell (816)809-1562, the night before each day of trial for specific instructions regarding whether or not you must appear in court the following day, and if so required, what time your appearance is required.*

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: June 2, 2026

_CLERK OF COURT_

OR

_____
_Signature of Clerk or Deputy Clerk_

/s/ _Andrew W. Blackwell_
_____
_Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_   Plaintiff, Deborah LaScola , who issues or requests this subpoena, are:

Andrew W. Blackwell, 120 S. Central Avenue, Suite 1500, St. Louis, MO 63105, ablackwell@bbdlc.com, 816-809-1562

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No.

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* MICHELLE MOEHLMAN

on *(date)* 6-02-2026

☑ I served the subpoena by delivering a copy to the named person as follows: HANDED TO MICHELLE MOEHLMAN 1112 OLIVE STREET SAINT CHARLES, MISSOURI 63301 _____ on *(date)* JUNE 2, 2026 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$    48.37 .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00 .

I declare under penalty of perjury that this information is true.

Date: JUNE 2, 2026

_____
*Server's signature*

HARRY YIATRAS  SERVER
_____
*Printed name and title*

308 HUTCHINSON ROAD
ELLISVILLE, MISSOURI 63011
_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF MISSOURI

DEBORAH LA SCOLA, M.D.

| | |
|---|---|
| _Plaintiff_ | ) ) ) |
| SSM MEDICAL GROUP, INC. et al, | ) Civil Action No. 4:24-cv-00564-JSD ) |
| _Defendant_ | ) ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:   Angela Schlansker - 429 California Avenue, St. Louis, MO 63119

_(Name of person to whom this subpoena is directed)_

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| | | |
|---|---|---|
| Place:   111 S. 10th Street, St. Louis, MO 63102 | Courtroom No.: | 17 North |
| | Date and Time: | 9:00 a.m., June 18-19, 2026, and June 22-26, 2026. *See below* |

You must also bring with you the following documents, electronically stored information, or objects _(leave blank if not applicable)_:

*Call counsel of record for Plaintiff, Andrew W. Blackwell (816)809-1562, the night before each day of trial for specific instructions regarding whether or not you must appear in court the following day, and if so required, what time your appearance is required.*

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: June 2, 2026

_CLERK OF COURT_

OR

_____          /s/ _Andrew W. Blackwell_
Signature of Clerk or Deputy Clerk                     Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_   Plaintiff, Deborah LaScola
_____ , who issues or requests this subpoena, are:

Andrew W. Blackwell, 120 S. Central Avenue, Suite 1500, St. Louis, MO 63105, ablackwell@bbdlc.com, 816-809-1562

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No.

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*   ANGELA   SCHLANSKER

on *(date)*   JUNE 2, 2026

☑ I served the subpoena by delivering a copy to the named person as follows:   HANDED TO ANGELA
SCHLANSKER   429 CALIFORNIA AVENUE   SAINT LOUIS,
MISSOURI   63119 _____ on *(date)*   JUNE 4, 2026 ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$    44.41    .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:   JUNE 4, 2026

_____
*Server's signature*

HARRY YIATRAS   SERVER
*Printed name and title*

308 HUTCHINSON ROAD
ELLISVILLE, MISSOURI 63011
*Server's address*

Additional information regarding attempted service, etc.:

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DEBORAH LA SCOLA, M.D. | ) |
| _Plaintiff_ | ) |
| SSM MEDICAL GROUP, INC. et al, | )   Civil Action No.   4:24-cv-00564-JSD |
| _Defendant_ | ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:   Corrie Schwoeppe - 23075 Tall Oaks Road, Warrenton, MO 63383

_(Name of person to whom this subpoena is directed)_

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place:  111 S. 10th Street, St. Louis, MO 63102 | Courtroom No.:  17 North |
|---|---|
| | Date and Time:  9:00 a.m., June 18-19, 2026, and June 22-26, 2026. *See below* |

You must also bring with you the following documents, electronically stored information, or objects _(leave blank if not applicable):_

*Call counsel of record for Plaintiff, Andrew W. Blackwell (816)809-1562, the night before each day of trial for specific instructions regarding whether or not you must appear in court the following day, and if so required, what time your appearance is required.*

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: June 2, 2026

CLERK OF COURT

OR

_____                    _/s/ Andrew W. Blackwell_
Signature of Clerk or Deputy Clerk                            _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_   Plaintiff, Deborah LaScola
_____ , who issues or requests this subpoena, are:

Andrew W. Blackwell, 120 S. Central Avenue, Suite 1500, St. Louis, MO 63105, ablackwell@bbdlc.com, 816-809-1562

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No.

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*     CORRIE SCHWOEPPE

on *(date)* JUNE 2, 2026

☑ I served the subpoena by delivering a copy to the named person as follows:    HANDED TO CORRIE
SCHWOEPPE 23075 TALL OAKS ROAD   WARRENTON, MISSOURI
63383                                                  on *(date)* JUNE 2, 2026 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$    62.40

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: JUNE 2, 2026          _____
                                              Server's signature

                                    HARRY YIATRAS  SERVER
                                         Printed name and title

                                    308 HUTCHINSON ROAD
                                    ELLISVILLE, MISSOURI 63011
                                         Server's address

Additional information regarding attempted service, etc.:

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DEBORAH LA SCOLA, M.D. | ) |
| _Plaintiff_ | ) |
| SSM MEDICAL GROUP, INC. et al, | ) Civil Action No.   4:24-cv-00564-JSD |
| _Defendant_ | ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:    Sameer Siddiqui - 3655 Vista Avenue, St. Louis, MO 63110

_(Name of person to whom this subpoena is directed)_

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place:   111 S. 10th Street, St. Louis, MO 63102 | Courtroom No.:   17 North |
|---|---|
| | Date and Time:   9:00 a.m., June 18-19, 2026, and June 22-26, 2026. *See below* |

You must also bring with you the following documents, electronically stored information, or objects _(leave blank if not applicable)_:

*Call counsel of record for Plaintiff, Andrew W. Blackwell (816)809-1562, the night before each day of trial for specific instructions regarding whether or not you must appear in court the following day, and if so required, what time your appearance is required.*

The following provisions of Fed. R. Civ. P. 45 are attached -- Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: May 28, 2026

CLERK OF COURT

OR

_____          /s/ _Andrew W. Blackwell_
_Signature of Clerk or Deputy Clerk_               _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_   Plaintiff, Deborah LaScola
_____ , who issues or requests this subpoena, are:

Andrew W. Blackwell, 120 S. Central Avenue, Suite 1500, St. Louis, MO 63105, ablackwell@bbdlc.com, 816-809-1562

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*  SAMEER SIDDIQUI

on *(date)*  MAY 28, 2026

☐ I served the subpoena by delivering a copy to the named person as follows:  ALLISON ORGAN, ASSISTANT AT DR. SIDDIQUI'S DEP OF SURGERY 3655 VISTA AVENUE 1st FLOOR SAINT LOUIS, MISSOURI 63110 on *(date)*  MAY 29, 2026 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$    41.23

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:  MAY 29, 2026

*Server's signature*

HARRY YIATRAS  SERVER
*Printed name and title*

308 HUTCHINSON ROAD
ELLISVILLE, MISSOURI  63011
*Server's address*

Additional information regarding attempted service, etc.: