**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **DEBORAH LA SCOLA, M.D.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:24-cv-00564-JSD** |
| | ) | |
| **SSM MEDICAL GROUP, INC. and ST.** | ) | |
| **LOUIS UNIVERSITY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANT'S CONSENT MOTION FOR LEAVE TO EXCEED PAGE LIMITATION

Pursuant to Local Rule 4.01(D), Defendant SSM Medical Group, Inc. ("Defendant" or "SSM") hereby requests leave to file a Memorandum in Support of its Renewed Motion for Judgment as a Matter of Law, or in the Alternative, Motion for New Trial and to Alter or Amend the Judgment in excess of the 15-page limitation. In support, SSM states as follows:

1.      This case was tried to a jury on June 17-26, 2026. The jury entered a verdict on a single claim against SSM – retaliation under Title VII, and awarded Plaintiff $793,000 for lost wages, $285,500 for other damages excluding lost wages and benefits, and $5,750,000 for punitive damages. On June 26, 2026, the Court entered a judgment based on the jury's verdict.

2.      SSM intends to file a Renewed Motion for Judgment as a Matter of Law, or in the Alternative, Motion for New Trial and to Alter or Amend the Judgment. Despite its efforts to be as brief and concise as possible, SSM's Memorandum in Support of its Renewed Motion for Judgment as a Matter of Law, or in the Alternative, Motion for New Trial and to Alter or Amend the Judgment will exceed the page limit – out of strict necessity and for compelling reasons.

3.      Specifically, SSM must address arguments under both Rule 50 and Rule 59, including requesting motion for judgment as a matter of law, requesting a new trial, and requesting remittitur of damages.

4.      Furthermore, the trial in this matter lasted seven days and included extensive evidence, exhibits and testimony.

5.      SSM's undersigned counsel is requesting leave to file a supporting Memorandum of up to 27 pages, excluding caption, signature page, and any table of contents or table of authorities that the Court may request.

6.      SSM's counsel conferred with Plaintiff's counsel, who indicated Plaintiff consents to this request.

7.      This Motion is not being filed for delay or any improper purpose, but to ensure that justice may be served.

For the foregoing reasons, SSM respectfully requests this Court grant it leave to file a Memorandum in Support of its Renewed Motion for Judgment as a Matter of Law, or in the Alternative, Motion for New Trial and to Alter or Amend the Judgment exceeding the page limitation, up to 27 pages, excluding caption, signature page, and any table of contents or table of authorities that the Court may request.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Erin E. Williams
    Erin E. Williams, #60935MO
    Mallory S. Zoia, #70377MO
    Madeline J. Nebel, #75692MO
    7700 Bonhomme Avenue, Suite 650
    St. Louis, MO  63105
    Telephone:  314-802-3935
    Facsimile:  314-802-3936
    Email:    erin.williams@ogletree.com
             mallory.zoia@ogletree.com
             madeline.nebel@ogletree.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of July, 2026, the foregoing was electronically filed via the Court's CM/ECF system and service was made through the CM/ECF system to:

Kelley F. Farrell        #43027MO
Andrew W. Blackwell    #64736MO
Ellen J. Bruntrager     #73649MO
BLITZ, BARDGETT & DEUTSCH, L.C.
120 S. Central Ave., Suite 1500
St. Louis, MO  63105
Telephone: 314-863-1500
Facsimile: 314-881-4828
Email: kfarrell@bbdlc.com
       ablackwell@bbdlc.com
       ebruntrager@bbdlc.com

**ATTORNEYS FOR PLAINTIFF**

/s/ Erin E. Williams
**ATTORNEY FOR DEFENDANT**

3