**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DEBORAH LA SCOLA, M.D.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 4:24-cv-00564-JSD** |
| | ) | |
| **SSM MEDICAL GROUP, INC. and ST. LOUIS UNIVERSITY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, MOTION FOR NEW TRIAL AND TO ALTER OR AMEND THE JUDGMENT**

Pursuant to Federal Rules of Civil Procedure 50(b) and 59, Defendant SSM Medical Group, Inc. ("SSM") moves the Court to vacate the jury verdict and judgment in this matter, enter judgment in its favor as a matter of law, or, in the alternative, order a new trial and alter or amend the damages award. As grounds for this motion, SSM states that despite the jury's verdict, the evidence presented at trial was insufficient to allow a reasonable jury to find in favor of Plaintiff on her claim for retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.* ("Title VII"). Similarly, the evidence presented at trial was insufficient to allow a reasonable jury to find that SSM acted with malice or reckless indifference to Plaintiff's federal protected rights, and thus, Plaintiff was not entitled to punitive damages. Consequently, SSM is entitled to judgment as a matter of law.

Alternatively, SSM requests a new trial because the Court committed prejudicial error in excluding certain evidence that likely impacted the jury's decision to improperly find in Plaintiff's favor.

Further, the jury's damages award was excessive and against the weight of the evidence. Plaintiff provided no evidence of emotional distress, the back pay award exceeded the evidence of

Plaintiff's lost wages, the jury failed to account for Plaintiff's failure to mitigate, the evidence did not support an award of $5.75 million in punitive damages, there was no evidence of SSM's financial condition, and the non-pecuniary compensatory damages and punitive damages exceeded the statutory cap. As a result, SSM is entitled to a new trial or remittitur of damages.

SSM incorporates by reference the reasons set forth in its concurrently filed Memorandum in support of this motion.

WHEREFORE, Defendant requests that this Court grant its Renewed Motion for Judgment as a Matter of Law, or, in the alternative, Motion for New Trial and to Alter or Amend the Judgment, for the reasons as set forth herein and in its concurrently filed Memorandum in support of this motion, and that the Court enter any such other relief as this Court deems just and appropriate.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Erin E. Williams
  Erin E. Williams, #60935MO
  Mallory S. Zoia, #70377MO
  Madeline J. Nebel, #75692MO
  7700 Bonhomme Avenue, Suite 650
  St. Louis, MO  63105
  Telephone:  314-802-3935
  Facsimile:  314-802-3936
  Email: erin.williams@ogletree.com
     mallory.zoia@ogletree.com
     madeline.nebel@ogletree.com

**ATTORNEYS FOR DEFENDANTS**

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of July, 2026, the foregoing was electronically filed with the Court Administrator and service was made through the electronic filing system to:

Kelley F. Farrell          #43027MO
Andrew W. Blackwell   #64736MO
Ellen J. Bruntrager       #73649MO
BLITZ, BARDGETT & DEUTSCH, L.C.
120 S. Central Ave., Suite 1500
St. Louis, MO  63105
Telephone: 314-863-1500
Facsimile: 314-881-4828
Email: kfarrell@bbdlc.com
        ablackwell@bbdlc.com
        ebruntrager@bbdlc.com

**ATTORNEYS FOR PLAINTIFF**

/s/ Erin E. Williams
**ATTORNEY FOR DEFENDANT**

3